EXHIBIT 5




An Independent Licensee of the Blue Cross Blue Shield Association

# GROUP ENROLLMENT & COVERAGE AGREEMENT



GROUP SIZE (Check One): [ ] 2-4 [ ] 5-24 [ ] 25-49 [X] 50-99 [ ] 100-299 [ ] 300+

GROUP TYPE (Check One): [X] AREA [ ] INDUSTRY [ ] CHAMBER [ ] ASSOCIATION [ ] ERS [ ] ASC

| INDUSTRY/CHAMBER/ASSOCIATION NAME | CUSTOMER ID NO | GROUP NO | SUFFIX NO |
|---|---|---|---|
| | | 17600 | 000 |

| GROUP NAME (FULL LEGAL NAME) | TELEPHONE NO |
|---|---|
| MENASHA | (616) 468-3153 |

| MAIL ADDRESS (STREET-PO BOX) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 333 W. CENTER ST. PO BOX 490 | COLOMA | MI | 49038 |

| TYPE OF BUSINESS | NAME OF CONTACT PERSON/TITLE | NAME OF OWNER/TITLE |
|---|---|---|
| MFG. CORRUGATED CONTAINER | JAMES POLASHAK | MENASHA CORPORATION |

| PHYSICAL ADDRESS (IF OTHER THAN ABOVE) | COUNTY NAME |
|---|---|
| | BERRIEN |

| WORKER'S COMPENSATION CARRIER/POLICY NUMBER | FEDERAL EMPLOYER ID NUMBER |
|---|---|
| KEMPER INSURANCE/ 316633 | 39-1367484 |

GROUP REPORT OF ELIGIBLE PERSONS - A GROUP REPORT OF ELIGIBLE PERSONS WILL BE PROVIDED BY THE GROUP WITH THE COMPLETION OF THE GROUP UNDERWRITING ROSTER.

**ADDITION OF ELIGIBLE EMPLOYEES:**

ALL 2/4 GROUPS ENROLLED IN CLUSTER CODES . 0251, 0252, 0253, 0254, 0255 OR CLUSTER CODES ENDING IN '2F' (SEE CLUSTER CODE AT BOTTOM), SEE NEW HIRE EFFECTIVE DATES FOR 2-4 MEMBER GROUPS ON BACK - ALL OTHER GROUPS, SEE BELOW

A NEWLY ACQUIRED DEPENDENTS MUST BE ADDED WITHIN 30 DAYS OF THE EVENT E.G., SPOUSE BY MARRIAGE, NEWBORN. IF AFTER 30 DAYS, WILL BE ADDED AT GROUP'S NEXT ANNUAL REOPENING DATE.

B. NEWLY HIRED FULL-TIME, OR PART-TIME EMPLOYEES WHO BECOME FULL-TIME ARE TO BE EFFECTIVE 1ST BILLING FOLLOWING [X] 30 [ ] 60 [ ] 90 CALENDAR DAYS OF EMPLOYMENT. (CHECK ONE)

C. EMPLOYEES HIRED WITH AN ACTIVE BCBSM CONTRACT MAY TRANSFER TO THIS GROUP WITHOUT REGARD TO ABOVE SCHEDULE (ITEM B, ABOVE)

D EXCEPTIONS.

RECALLED EMPLOYEES ARE EFFECTIVE IMMEDIATLY UNLESS EMPLOYMENT LAPSE EXCEEDS TWELVE CONSECUTIVE MONTHS

ELIGIBLE ENROLLED INDIVIDUALS TEMPORARILY INACTIVE BECAUSE OF LAYOFF, SICK LEAVE OR LEAVE OF ABSENCE, MAY CONTINUE AS SUBSCRIBERS TO THIS GROUP PROGRAM ON A CASH PAYMENT AGREEMENT FOR A PERIOD NOT TO EXCEED [ ] 0 [ ] 3 MONTHS [ ] 6 MONTHS (GROUP SIZE 50+) PAYMENTS FOR SUCH INDIVIDUALS MUST BE INCLUDED WITH THE GROUP'S REGULAR REMITTANCE. EXCEPTIONS **4 MONTHS AS STATED IN UNION CONTRACT.**

BLUE CROSS AND BLUE SHIELD OF MICHIGAN USE ONLY (CHECK ONE): [X]NB [ ]GWC [ ]TRANSFER [ ]MAINTENANCE

| | | | | |
|---|---|---|---|---|
| Effective Date: | 8/1/94 | Sales Office Code: | B230 | |
| Billing Cycle Date: | 1ST | Territory Code: | UN | Employer |
| Rate Renewal Date. | 8/1/94 | County Code· | 011 | Contribution: |
| Inventory Effective Date | 8/1/95 | Cluster Code: | 3A00 | |
| Former Group Number: | | SIC Code | 2653 | |

THE GROUP AGREES WITH ALL TERMS AS STIPULATED IN THIS GROUP ENROLLMENT AND COVERAGE AGREEMENT (PAGES 1&2, FRONT & BACK), ON THE GROUP PROFILE, ON THE GROUP SUBSCRIBER APPLICATION, AND IN THE SPECIFIED BLUE CROSS AND BLUE SHIELD OF MICHIGAN HEALTH CARE CERTIFICATE(S) AND RIDER(S)

SIGNATURE OF GROUP EXECUTIVE: [signature] DATE. 8/26/94

BCBSM REP. [signature] DATE 8/24/94

SIGNATURE OF AGENT ______ DATE ______

SIGNATURE OF UNDERWRITER ______ DATE ______

CN7535 7/94 Original-Customer Copy ORIGINAL Copy-Sales Office Copy-Home Office Copy - M&B

**BASIC ELIGIBILITY REQUIREMENTS FOR GROUP COVERAGE.**

A GENERAL GROUPS· OWNER(S) ACTIVELY MANAGING THE BUSINESS, AND ALL FULL TIME ACTIVE EMPLOYEES WORKING AT LEAST 30 HOURS PER WEEK.

CHAMBER/ASSOCIATION GROUPS: MUST BE A DUES PAYING MEMBER AND A MICHIGAN RESIDENT.

B. FOR THE FOLLOWING GROUP SIZES, ENROLLMENT REQUIREMENTS ARE:

- 2-7 100% OF ALL ELIGIBLE EMPLOYEES MUST ENROLL IN A BLUE FAMILY BENEFIT PROGRAM.
- 8-9 100% MINUS 1 OF ALL ELIGIBLE EMPLOYEES MUST ENROLL IN A BLUE FAMILY BENEFIT PROGRAM.
- 10+ 75% OF ALL ELIGIBLE EMPLOYEES MUST ENROLL IN A BLUE FAMILY BENEFIT PROGRAM. BLUE FAMILY BENEFIT PROGRAMS INCLUDE BLUE PPO, BLUE TRADITIONAL, BCBSM WHOLLY-OWNED SUBSIDIARY HMO (BCN) AND ANY OTHER BLUE PROGRAM NOT MENTIONED.

C THE GROUP AGREES TO FURNISH ANNUALLY TO BCBSM SUCH INFORMATION AS MAY BE REQUIRED FOR THEIR UNDERWRITING REVIEW AND AGREES TO PERMIT A PAYROLL AUDIT BY BCBSM OR THEIR REPRESENTATIVE

D. IT IS UNDERSTOOD BY THE PARTIES THAT NONCOMPLIANCE WITH ANY OF THE TERMS AND CONDITIONS OUTLINED ON PAGES 1 AND 2 WILL AUTOMATICALLY TERMINATE THIS AGREEMENT.

**NEW HIRE EFFECTIVE DATES FOR 2-4 MEMBER GROUPS**
**ENROLLED IN CLUSTER CODE 0251, 0252,0253, 0254, 0255, OR CLUSTER CODES ENDING IN '2F'.**

| ADDITION OF ELIGIBLE EMPLOYEES<br>SUBMISSION SCHEDULE | | | | |
|---|---|---|---|---|
| NEWLY HIRED DEPENDENTS MUST BE ADDED WITHIN 30 DAYS OF EVENT, E G , SPOUSE BY MARRIAGE, NEWBORN IF NOT ADDED THEN, THEY MAY BE ENROLLED ACCORDING TO SUBMISSION SCHEDULE<br><br>NEWLY-HIRED FULL-TIME EMPLOYEES, TRANSFERS, OR PART-TIME EMPLOYEES WHO BECAME FULL-TIME SEND APPLICATION CARDS WITH YOUR NEXT AVAILABLE BILL, SEE SUBMISSION SCHEDULE AT RIGHT FOR EFFECTIVE DATE | SUBMIT APP OR CHANGE WITH BILLING OF: | COVERAGE WILL BE EFFECTIVE ON: | SUBMIT APP OR CHANGE WITH BILLING OF: | COVERAGE WILL BE EFFECTIVE ON: |
| | 1-19 | 4-19 | 7-19 | 10-19 |
| | 2-19 | 5-19 | 8-19 | 11-19 |
| | 3-19 | 6-19 | 9-19 | 12-19 |
| | 4-19 | 7-19 | 10-19 | 1-19 |
| | 5-19 | 8-19 | 11-19 | 2-19 |
| | 6-19 | 9-19 | 12-19 | 3-19 |



An Independent Licensee of the Blue Cross Blue Shield Association

# GROUP ENROLLMENT & COVERAGE AGREEMENT



| AREA/INDUSTRY* | Customer ID No | Effective Date 8/1/94 |
|---|---|---|

| Group Name | Group No | Suffix No | Billing Cycle Date |
|---|---|---|---|
| MENASHA | 17600 | 000 | 1ST |

## PLANS

[ ] PLAN K 2-99

COMP, D45NM, HMN, PTB, PSG, FAERC, PA, RPS, VST, ASFP, BMT, CNM, COB3, FC, GLE1, HCB1, ICMP, RAPS, RM, SAT2, SOTPE, XTMJ, 2+1 COMPLEMENTARY OPTION, GCPD, GPCSAT2, CNP, TSA, SUBRO2, NC, RDC

**5-99**

[ ] PLAN N-CMM100
[ ] PLAN O-CMM250
[ ] PLAN P-CMM500
[ ] PLAN Q-CMM1000
[ ] PLAN R-CMM1500

**50-99**

[ ] PLAN X-CMM2500
[ ] PLAN Y-CMM5000
[ ] PLAN Z-CMM10,000

[ ]-CMMPPO (PLANS N,O,P,Q) (Exclude Complementary Certificates & Riders)

ASFP, BMT, CMMPDC1-2, CMMRPS, CMMSAT2, CMMVST, CMMXTMJ, CNM, COB3, FC, GLE1, HCB1, HMN, ICMP, RAPS, RM, SOTPE, 2+1 COMPLEMENTARY OPTION, GCPD, GPCSAT2, MM65, MM65AL, MMCPD, CNP, TSA, SUBRO2, CMMLTM, RDC

**OPTIONAL.**

[ ] CMMOPS (Plans N,O,P,Q)
[ ] CMMCR30/CMMLCP1500(A) (Plans N,O,P,Q,R)
[ ] CMMCR50/CMMLCP1500(A) (Plans N,O,P,Q,R)

[X] PLAN L 5-99

COMP, D45NM, HMN, PTB, PSG, FAERC, RPS, VST, ASFP, BMT, CNM, COB3, FC, GLE1, HCB1, ICMP, RAPS, RAPS2, RM, SAT2, SOTPE, XTMJ, 2+1 COMPLEMENTARY OPTION, GCPD, GPCSAT2, MMCPDC, MMCXTMJ, MM65, MM65AL, CNP, TSA, SUBRO2, NC, RDC

**REQUIRED** - Check One:

[X] MMC1 [ ] MMC5/MMCCR50/MMCLCP1500
(If no box is checked MMC1 will be included)

[ ] PLAN M 50-99

COMP, D45NM, HMN, PTB, PSG, ML, FAERC, RPS, VST, ASFP, BMT, CNM, COB3, FC, GLE1, HCB1, ICMP, RAPS, RAPS2, RM, SAT2, SOTPE, XTMJ, 2+1 COMPLEMENTARY OPTION, GCPD, GPCSAT2, MMCPDC, MMCXTMJ, MM65, MM65AL, CNP, TSA, SUBRO2, NC, RDC

**REQUIRED** - Check One From Each Column:

[ ] DR1-275 [ ] MMC1
[ ] DR1-500 [ ] MMC5/MMC-CR50/MMCLCP1500
(DR1-275 and/or MMC1 will be included if no box is checked)

[ ] PLAN S 5-99

COMP, D45NM, HMN, PTB, PSG, FAERC, PLUS15, RPS, VST, ASFP, BMT, CNM, COB3, FC, GLE1, HCB1, ICMP, RAPS, RAPS2, RM, SAT2, SOTPE, TRUST15, XTMJ, MMCPDC, MMCPOV, MMCXTMJ, CNP, TSA, SUBRO2, NC, RDC

**REQUIRED** - Check One:

[ ] MMC1 [ ] MMC5/MMCCR50/MMCLCP1500
(If no box is checked MMC1 will be included)

## ADDITIONAL PROGRAMS

**5-99 GROUP SIZE**

[X] ML (Plans K,L,S)

PRESCRIPTION DRUG*

[ ] $3 COPAY [ ] $15 COPAY
[X] $5 COPAY [ ] $20 COPAY
[ ] $10 COPAY
PDMAC (All), MMCPD (L,M,S)
[X] APDBP (Optional all Prescription Drug Plans/required with CMMPPO or Plan S)
*No longer available for New Business beginning 7/1/94, refer to Preferred Rx

PREFERRED RX**

[ ] PD-CR $3 [ ] PD-CR-$15
[ ] PD-CR $5 [ ] PD-CR $20
[ ] PD-CR $10 [ ] PD-CR 20%/$5

**New Business beginning 7/1/94 or Benefit Change beginning 10/1/94

**10-99 GROUP SIZE**

VISION

[ ] VISION A80
[ ] FREESTANDING VISION

**10-99 GROUP SIZE**

DENTAL

[ ] DENTAL PLAN A 50-50-50-800
[ ] DENTAL PLAN B RC-25-50-1000
[ ] DENTAL PLAN C RC-25-50-1000,OS-50-1000
[ ] FREESTANDING DENTAL
CDCFC, DXTMJ, RDC (All Dental Plans)

**50-99 GROUP SIZE**

[ ] CMMSAB (PLANS N,O,P,Q,R)
[ ] CMMLCP500 (PLANS N,O,P,Q,R)
[ ] DR1-500/ML (Plan K)

[ ] SD RIDER CAN BE MAINTAINED IF GROUP HAD BENEFIT PRIOR TO 1-1-88 AND HAS BEEN CONTINUOUSLY ENROLLED

## BLUE CROSS & BLUE SHIELD OF MICHIGAN ONLY

Total Employees: 135
Total Ineligible: 49
Total Eligible: 86

Identify Segment
non-Bargaining
Bargaining

GROUP SUMMARY

Currently Enrolled: 86
Hases: 0
New Hires: 0
Total Enrolled: 86

THE GROUP AGREES WITH ALL TERMS AS STIPULATED IN THIS GROUP ENROLLMENT AND COVERAGE AGREEMENT (PAGES 1 & 2, FRONT AND BACK), ON THE GROUP PROFILE, ON THE GROUP SUBSCRIBER APPLICATION, AND IN THE SPECIFIED BLUE CROSS AND BLUE SHIELD OF MICHIGAN HEALTH CARE CERTIFICATES(S) AND RIDER(S). DO NOT SIGN THIS AGREEMENT UNLESS A BENEFIT DESCRIPTION IS ENCLOSED

SIGNATURE OF GROUP EXECUTIVE [signature] DATE 8/26/94

SIGNATURE OF BCBSM REP. [signature] DATE: 8/24/94

DATE

SIGNATURE OF UNDERWRITER DATE

?75/7-94 Original - Underwriting/ Customer Copy-Sales Office Copy-Home Office Copy - M&B

?ROUP SIZE 300+ MAY SELECT FROM THE ABOVE PLANS

ORIGINAL

## TERMS & CONDITIONS

The following terms and conditions govern the health care coverages to be provided by BCBSM pursuant to this Group Enrollment and Coverage Agreement (Agreements) and establishes:

- criteria for enrollment and eligibility for coverages;
- health care coverages to be provided as set forth in applicable BCBSM certificates, riders, and any amendments as may be made thereto by BCBSM, and
- underwriting and administrative requirements for coverages

1. The Agreement will be effective only when a copy executed by BCBSM is returned to Group, applicable premiums have been paid and, at all times, will be subject to the terms and conditions of applicable BCBSM certificates, riders and any amendments as may be made thereto by BCBSM, which define coverages to be provided to eligible and enrollment individuals of Group.

2. Group acts as agent for enrolled subscribers and dependents and notification received from, or given to Group by BCBSM will fulfill all notice requirements pursuant to this Agreement and applicable BCBSM certificates and riders.

3. Premiums will be prepaid by Group and will cover at least a one month period. Refunds, retroactive credits of subscriber rates, or retroactive additions are not terms and conditions of this Agreement.

4. To continue coverage as a Group, minimum number of eligible individuals described in this Agreement and the application must be enrolled in BCBSM coverages indicated on page 2 of this Agreement, and such coverages must be offered by Group to all eligible individuals under terms of this Agreement. Group shall provide BCBSM with all information required for an annual underwriting review and to perform a payroll audit
Under no circumstance will a group be accepted or continued if less than two eligible subscribers are enrolled; provided, a husband and wife must be enrolled as a single contract (two person or family) unless a valid employer/employee relationship exists and can be documented by FICA and employee income tax withholding payroll records.

5. Group agrees that all individuals covered by this Agreement are eligible as Group subscribers and will not. enroll non-eligible individuals for coverages, assist any such individual from obtaining or maintaining a BCBSM contract under this Agreement; or make rate subscription payments for any ineligible individual.

6 Group shall provide accurate member eligibility information, including Medicare status, to BCBSM and acknowledges that BCBSM will use such information to maintain membership records and administer claims Group agrees to indemnify and hold BCBSM harmless from any loss, claims or action arising from incorrect eligibility information provided by Group.

7 BCBSM will not accept group subscriber applications which are not submitted according to BCBSM procedures. Rehired employees are to be enrolled as newly hired employees, unless special provisions are made and noted as "exceptions." Where, due to special circumstances, a new or rehired employee's application care is submitted one month late, initial premium payment must cover a two-month period for that employee

8 Group agrees to follow all operating procedures described in this Agreement, BCBSM Group Operating/Administrative Manual, and all applicable BCBSM certificates and riders.

9. BCBSM is not named Plan Administrator or Sponsor for purposes of the Employees Retirement Security Act (ERISA) and its responsibilities are limited to administration of health care coverages pursuant to this Agreement. Group is responsible for communicating effective date of coverages to all newly hired and rehired employees, all changes in coverages and whether coverages have been terminated for any reason, including nonpayment of premiums, and effective date of any such termination.

10 This Agreement and any exhibits and addenda supersede any prior understandings or agreement between BCBSM and the Group and will be binding upon parties, their successors and representatives.

11 This Agreement may be terminated by either party following thirty (30) days prior written notice to the other party

12. This Agreement will be governed and construed according to the laws of the State of Michigan.




An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| MENASHA | | 17600 | 000 |

## PART C - COVERAGE SELECTION

**LIST ALL BLUE CROSS AND BLUE SHIELD OF MICHIGAN CERTIFICATES/RIDERS AND FORM NUMBERS:**

**COMMUNITY BLUE GROUP BENEFITS CERTIFICATE**

| | | | | |
|---|---|---|---|---|
| ASFP | BMT | ESRD | FC | GCO |
| GLE-1 | HMN | ICMP | PTFS | PTS |
| RAPS | SOT-PE | SUBRO-2 | CB-MH20% | |

**PREFERRED RX CERTIFICATE**

| | | | |
|---|---|---|---|
| PD-CR$10.00 | PC-D | PD-CM | MOPD-2 |

HEALTH SECURITY PROGRAM
[ ] HSP1 [ ] HSP2 [ ] ADD [ ] CHANGE OPTION [ ] MAINTAIN [ ] CANCEL-ATTACH GROUP LETTER

Total Employees: 93
Total Ineligible: 0
Total Eligible: 93
HMO Enrolled:

Identify Segment: Active Full-Time Employees

Carrier Name:

Currently Enrolled: 92
Hases:
New Hires:
Total Enrolled: 92

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [ ] New Business [X] Group Wide Change [ ] Transfer [ ] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 8/1/97 | Sales Office Code: | 230 | Cluster Code: | 3A00 |
| Billing Cycle Date: | FIRST | Mail Code: | B230 | SIC Code: | 2653 |
| Rate Renewal Date: | 8/1/97 | Territory Code: | UN | County Code: | 011 |
| Inventory Date: | 8/1/98 | | | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

Signature of Group Executive [signature] Date: 7/9/97
Signature of BCBSM Rep [signature] Date: 7/16/97
Signature of Agent Date:
Signature of Underwriter Date:

CN7100 4/96 Distribution: Underwriting Sales 1 Sales 2 M&B

ORIGINAL

RECEIVED
JUL 21 1997
GROUP WIDE CHANGE

JUL 10 97 AUG - 1 97
KALAMAZOO - E230 KALAMAZOO - E230



An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| MENASHA (RETIREES UNDER 65) | | 17600 | 901 |

## PART C - COVERAGE SELECTION

LIST ALL BLUE CROSS AND BLUE SHIELD OF MICHIGAN CERTIFICATES/RIDERS AND FORM NUMBERS:

**COMMUNITY BLUE GROUP BENEFITS CERTIFICATE**

| | | | | |
|---|---|---|---|---|
| ASFP | BMT | ESRD | FC | GCO |
| GLE-1 | HMN | ICMP | PTFS | PTS |
| RAPS | SOT-PE | SUBRO-2 | CB-MH20% | |

**PREFERRED RX CERTIFICATE**

| | | | |
|---|---|---|---|
| PD-CR$10.00 | PC-D | PD-CM | MOPD-2 |

HEALTH SECURITY PROGRAM
[ ] HSP1 [ ] HSP2 [ ] ADD [ ] CHANGE OPTION [ ] MAINTAIN [ ] CANCEL-ATTACH GROUP LETTER

| | | Identify Segment | Carrier Name | | |
|---|---|---|---|---|---|
| Total Employees: | 3 | | | Currently Enrolled: | 3 |
| Total Ineligible: | 0 | | | Hases: | |
| Total Eligible: | 3 | RETIREES UNDER AGE 65 | | New Hires: | |
| HMO Enrolled: | | | | Total Enrolled: | 3 |

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [ ] New Business [X] Group Wide Change [ ] Transfer [ ] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 8/1/97 | Sales Office Code: | 230 | Cluster Code: | 3A00 |
| Billing Cycle Date: | FIRST | Mail Code: | B230 | SIC Code: | 2653 |
| Rate Renewal Date: | 8/1/97 | Territory Code: | UN | County Code: | 011 |
| Inventory Date: | 8/1/98 | | | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

Signature of Group Executive [signature] Date: 7/9/97

Signature of BCBSM Rep [signature] Date: 7/16/97

Signature of Agent Date: 

Signature of Underwriter Date: 

CN7100 4/96 Distribution: Underwriting Sales 1 Sales 2 M&B

ORIGINAL

RECEIVED
JUL 21 1997
GROUP WIDE CHANGE

JUL 10 97
KALAMAZOO - B230

AUG -1 97
KALAMAZOO - B230



An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

## PART B - GROUP INFORMATION

| Group Size (Check One) | Group Type (Check One) | Effective Date: |
|---|---|---|
| [ ] 2-4 [ ] 25-49 [ ] 100-299 [ ] 5-24 [X] 50-99 [ ] 300+ | [X] Area [ ] Chamber [ ] ERS [ ] Industry [ ] Association [ ] ASC | ~~8/1/98~~ 10/1/98 |

| Industry/Sponsoring Organization Name: | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| | | 17600 | 000/901/902 |

| Group Name (Full Legal Name) | Telephone Number: | FAX Number: |
|---|---|---|
| Menasha Corporation | (616) 468-3153 | (616 468-5060 |

| Physical Address (Street) | City | State | Zip Code |
|---|---|---|---|
| 333 West Center Street | Coloma | MI | 49038 |
| **Billing Address (If other than above)** | **City** | **State** | **Zip Code** |
| | | | |

| Mailing Address (If other than above) | City | State | Zip Code | County Name |
|---|---|---|---|---|
| P.O. Box 490 | Coloma | MI | 49038 | Berrien |

| Name of Contact Person/Title | Name of Billing Contact Person/Title | Telephone Number: |
|---|---|---|
| Tom Benchina | Brian Greenbush/HR Mgr | 616 468-1222 |

| Name of Owner/Title | Telephone Number: | Type of Business | Federal Employer ID No. |
|---|---|---|---|
| Menasha Corporation | (616 468-3153 | Mfg. Corrugated Container | 38-1367484 |

| Worker's Compensation Carrier Name | Policy No. | Renewal Date |
|---|---|---|
| Kemper Insurance | 316633 | 1/1/99 |

Are you currently in bankruptcy? [ ] Yes [X] No Do you have any leased employees? [ ] Yes [X] No
Does this group have any subsidiaries, offices or branches located at other physical locations? [ ] Yes [X] No
If yes, submit multiple location report.

| Is work force unionized? | Number of Employees Represented | National/International Name |
|---|---|---|
| [X] Yes ~~[X] No~~ | 103 | UPIU - AFL-CIO |

| Local Number | Contract Expiration Date | Local Representative Name |
|---|---|---|
| 1029 | 6 - 2002 | Larry Brown |

| Previous BCBSM Coverage? | If yes, Former Group Number | BCBSM Cancellation Date |
|---|---|---|
| [X] Yes ~~[X] No~~ | 17600 | |

| Name of Current Carrier/Group Number | Cancellation Date | Employer Contribution $/%: |
|---|---|---|
| 17600 | | ~~100%~~ 95% |

**Addition of Eligible Employees:**

A. Eligible **Dependent** coverage will be effective on date of event, e.g., spouse, newborn, if written notification is received within 30 days thereof with billing prorated. If after 30 days; will be effective at group's next annual reopening date.

B. **Newly hired full-time, or part-time employees who become full-time** are to be effective 1st billing following [ ] 30 [ ] 60 [ ] 90 calendar days of employment. (check one)

C. Employees hired with an active BCBSM/BCN contract may transfer to this group without regard to above schedule (item B, above).

D. BCBSM Use Only: **Exceptions: suffix 901 and 902 - n/a retiree suffixes**

**Suffix 000 - Newly hired full-time or part-time employees who become full-time are to be effective on the 31st calendar day of employment**

Eligible enrolled individuals temporarily inactive because of layoff, sick leave or leave of absence, may continue as subscribers to this group program on a cash payment agreement for a period not to exceed 6 months. (Not applicable to Direct Billed Association Groups.)

| Managing Agent Name | M.A.Number | BCBSM Mail Code |
|---|---|---|
| | | B230 |

| Agent Name | Agent Telephone No. | Agency No. | BCBSM Agent ID No. |
|---|---|---|---|
| | | | |

| Agent Mail Address (Street - P.O. Box) | City | State | Zip Code |
|---|---|---|---|
| | | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

Signature of Group Executive: [signature] Date: 7/31/98

Signature of BCBSM Rep: Carlene Heinrich Date: 8/5/98

Signature of Agent: Date:

Signature of Underwriter/Group Administration: Barbara Harris Date: AUG 14 1998

7-98B Distribution: ORIGINAL Underwriting Sales 1 Sales 2 M & B

RECEIVED
AUG 1 0 1998
GWC



An Independent Licensee of the Blue Cross Blue Shield Association

## Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| Menasha Corporation | | 17600 | 902 |

**PART C - COVERAGE SELECTION** — Requested Effective Date:

| PLAN TYPE (Certificates & Riders Listed on back) | PLANS | CERTIFICATE/RIDER OPTIONS |
|---|---|---|
| *Managed Traditional First Dollar* | [X] First Dollar Traditional Hospital Surgical | [] AP2 [] MMC5/MMCCR50/MMCLCP1500* [X] ML [] MMCPC [X] MMC1* [] XVA *MM65, MM65AL, MMCPDC, MMCXTMJ, RAPS2, delete PA. |
| *Managed Traditional Comprehensive Major Medical* | [] Plan 1-CMM100 [] Plan 2-CMM250 [] Plan 3-CMM500 [] Plan 4-CMM1000 [] Plan 5-CMM1500 | [] AP2 [] CMMLCP500 [] CMMCR30/CMMLCP1500(A) [] CMMOPS [] CMMCR50/CMMLCP1500(A) []$5 []$10 []$15 [] CMMECS (Plan 1*) [] CMMSAB *CR Riders, LCP, SAB, PDC not available with CMMECS [] XVA |
| *Managed Traditional Comprehensive Major Medical - Blue Med Save* | [] CMM1500/BMSDCR | [] AP2 [] CMMSAB [] XVA |
| *Community Blue PPO* | Plan: [] 1 [] 2 [] 3 [] 4 [] 5 [] 6 [] 7 | [] CBMH20% [] CBPCM [] CBOV15 [] XVA |
| *Blue Choice – Point of Service* | Plan: [] 1 [] 4 [] 5 [] 6 | [] POS-AA [] POS-OV$20 [] POS-OV$15 [] XVA |

*ADDITIONAL PROGRAMS*

| Prescription Drug Preferred Rx MOPD | Prescription Drug Preferred Rx | Vision [] Vision A80 [] Freestanding |
|---|---|---|
| [X] PD $5/PD-BC$5 [] PD $15 Copay* [] PD $10 Copay* [] PD $20 Copay Additional: [] PD-BC $10* (not available with MOPD2) [] MOPD2 (delete MOPD) [] PCD, PD-CM MMCPD (First Dollar with Master Medical) | [] PD20%/$5/$25 Copay Additional: [] MOPD$5 [] PCD,PD-CM | **Dental Traditional Plus** [] Plan 1: DO-50-800 [] Plan 2: DO-25-50-1000 [] Plan 3: DO-25-50-1000-OS [] Freestanding (CDCFC - All Dental Plans) |

[] SD Rider can be maintained if group had benefit prior to 1/1/88 and has been continuously enrolled - PA if Master Medical

Coordination of Benefits: COB 1 100+: [] Other, Coordinaton of Benefits Form must be attached

Health Security Program: [] HSP1 [] HSP2 [] Add [] Change Option [] Maintain [] Cancel-Attach Group Letter

Blue MedSave: [] Add [] Maintain [] Cancel - Attach group letter

| | | Identify Segment | Carrier Name | | |
|---|---|---|---|---|---|
| Total Employees: | 2 | | | Currently Enrolled: | 2 |
| Total Ineligible: | 0 | | | Other Blue | 0 |
| Total Eligible: | 2 | | | New Hires: | 0 |
| HMO Enrolled: | | | | Total Enrolled: | 2 |

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [] New Business [X] Group Wide Change [] Transfer [] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 10-1-98 | Sales Office Code: | 230 | Cluster Code: | 0000 |
| Billing Cycle Date: | 1st | Mail Code: | B230 | SIC Code: | 2653 |
| Rate Renewal Date: | 8/1/98 | Territory Code: | UN | County Code: | 011 |
| Inventory Date: | 8/1/99 | Control Code: | UN | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

Signature of Group Executive: [signature] Date: 7/31/98

Signature of BCBSM Rep: [signature] Date: 8/5/98

Signature of Agent: [signature] Date:

Signature of Underwriter/Group Administration: [signature] Date: AUG 14 1998

7/98cov Distribution: Underwriting Sales Office 1 Sales Office 2 Membership & Billing

ORIGINAL

MENASHA-000122

**Managed Traditional First Dollar Plan***: COMP, PSG, 2+1 COMPLEMENTARY OPTION, D45NM, FAERC, NC, PA, PTB, RPS, SAT2, VST, XTMJ
**Managed Traditional Comprehensive Major Medical Plans 1,2,3,4,5***: 2+1 COMPLEMENTARY OPTION, CMMLTM, CMMPDC1-2, CMMRPS, CMMSAT2, CMMVST, CMMXTMJ, MM65, MM65AL, MMCPD
**Managed Traditional Comprehensive Major Medical Plan – Blue Med Save (MSA)***: 2+1 COMPLEMENTARY OPTION, BMSDCR, CMMLTM, CMMPDC1-2, CMMRPS, CMMSAT2, CMMVST, CMMXTMJ, MM65, MM65AL, MMCPD
*Riders apply to above plans: ASFP, BMT, CNM, CNP, CRNA, ECIP, ESRD, FC, GCO, GCPD, GLE1, GPCSAT2, HCB1, HMN, ICMP, PTFS, PTS, RAPS, RDC, RM, SOTPE, SUBRO2, TSA

**Community Blue Plan 1****: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE
**Community Blue Plan 2****: Community Blue Plan 1, PLUS CBC10%P, CBC30%NP, CBCMNP$1500, CBCMP$500, CBD$100P
**Community Blue Plan 3****: Community Blue Plan 1, PLUS CBC20%P, CBC40%NP, CBCMNP$3000, CBCMP$1000, CBD$250P, CBD$500NP
**Community Blue Plan 4****: Community Blue Plan 1, PLUS CBC20%P, CBC40%NP, CBCMNP$3000, CBCMP$1500, CBD$1000NP, CBD$500P
**Community Blue Plan 5****: Community Blue Plan 1, PLUS CBD$100P, CBC10%P, CBCMP$1000
**Community Blue Plan 6****: Community Blue Plan 1, PLUS CBC10%P, CBCMP$1000, CBD$250P, CBD$500NP
**Community Blue Plan 7****: Community Blue Plan 1, PLUS CBC10%P, CBCMP$1000, CBD$500P, CBD$1000NP
**Riders apply to above Community Blue Plans: , ASFP, BMT, CB-PCB, CNM, CNP, CRNA, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2

**Blue Choice Plan 1*****: BLUE CHOICE MANAGED HEALTH CARE GROUP BENEFITS CERTIFICATE (POS)
**Blue Choice Plan 4*****: POS, POS-CR 80/20/1000, BMT, CNM, CNP, CRNA, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2
**Blue Choice Plan 5*****: POS, IN-CR 90/10/500, BMT, CNM, CNP, CRNA, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2
**Blue Choice Plan 6*****: POS, POS-DR 500/1000, BMT, CNM, CNP, CRNA, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2
***Riders apply to above POS Plans: BMT, CNM, CNP, CRNA, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2

## Group Size Requirements:

| Managed Traditional First Dollar | Group Type | Plan First Dollar | Certificate/Rider Options AP2 | ML | MMC1 | MMC5 | MMCPC | XVA |
|---|---|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 2 | 51 | 2 | 2 | 51 | 2 | 2 |

| Managed Traditional Comprehensive Major Medical | Group Type | Plans 1 | 2 | 3 | 4 | 5 | Rider Options - CMM: AP2 | CR30 | CR50 | ECS** | LCP | OPS* | SAB | XVA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 2 | 2 | 2 | 2 | 2 | 51 | 2 | 2 | 51 | 51 | 2 | 2 | 2 |

*Available to CMM Plans 1,2,3, & 4 **CMMECS is not compatible with CMMCR Riders, CMMLCP, CMMSAB, CMMPDC

| Blue Med Save | Group Type | CMM 1500 BMSDCR | Rider Options - CMM AP2 | SAB | XVA |
|---|---|---|---|---|---|
| | Sponsored | 2-50 | 2-50 | 2-50 | 2-50 |
| | Area/Industry | N/A | N/A | N/A | N/A |

| Community Blue - PPO | Group Type | Plans 1 | 2 | 3 | 4 | 5 | 6 | 7 | Rider Options CB0V15 | CBMH20% | CBPCM | XVA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 2 | 2 | 2 | 2 | 51 | 51 | 51 | 51 | 2 | 51 | 2 |

| Blue Choice-Point of Service | Group Type | Plans 1 | 4 | 5 | 6 | Rider Options POS-AA | POS-OV-$15 | POS-OV $20 | XVA |
|---|---|---|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 51 | 51 | 2 | 2 | 2 | 2 | 2 | |

## Additional Programs

| Group Type | Prescription Drug Programs: $5 Copay w/PDBC$5 | $10 Copay | W/PD-BC$10 | $15 Copay | W/PD-BC$10 | $20 Copay | 20%/$5/$25 Copay | MOPD2 Copay | MOPD$5 Copay | PDC PD-CM |
|---|---|---|---|---|---|---|---|---|---|---|
| Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Area/Industry | 2 | 2 | 2 | 2 | 10 | 2 | 2 | 2 | 2 | 2 |

| Group Type | Vision: Vision | FS | Traditional Dental Plus Dental Options Group Benefit Certificate w/ Rider DO-PPO: Plan 1 | Plan 2 | Plan 3 | FS |
|---|---|---|---|---|---|---|
| Sponsored | 5 | 5 | 2 | 2 | 5 | 5 |
| Area/Industry | 10 | 10 | 10 | 10 | 10 | 10 |

RECEIVED AUG 10 1998 GWC



# GROUP ENROLLMENT & COVERAGE AGREEMENT
## PART A - TERMS & CONDITIONS

BCBSM will provide health care coverage to eligible persons enrolled through the Group subject to the terms of applicable certificates and riders, BCBSM's administrative and underwriting requirements, the Group Administrative Guide ("the Guide"), and the following conditions:

1. **Effective Date.** This Agreement will become effective only when BCBSM returns a signed copy to the Group and applicable premiums are paid. This Agreement is effective on the date established by BCBSM and will continue unless terminated as provided in Section 12.

2. **Group as Agent.** For all purposes of this Agreement, including the payment of premiums, the Group is agent for all eligible individuals and their enrolled dependents ("Members"). Notice by or to the Group will satisfy any notice requirements of this Agreement and applicable certificates.

3. **Premiums.** The Group must prepay all premiums for at least a one-month period. The Group must pay all premiums related to any retroactive adjustments expressly permitted by underwriting rules. Refunds or retroactive credits of premium payments or retroactive additions or deletions of employees or members of the Group are not otherwise permitted under this Agreement. Except for any government-mandated surcharges or subsidies, all premium rates are guaranteed for the applicable benefit period then in effect. For account with less than 100 enrolled contracts, if incorrect rates are identified, BCBSM will notify the account in writing that the rates will be corrected on the next available bill, 90 days following receipt of the notice of incorrect rates.

   At its discretion, BCBSM may terminate this Agreement if premiums are more than thirty (30) days past due, with termination of coverage retroactive to the date through which premiums were paid in full.

4. **Eligibility.** Individuals eligible for enrollment as subscribers are proprietors, partners, and shareholders actively managing the enterprise; full time active employees working at least thirty (30) hours per week; and dues paying members of duly constituted chamber/association groups who reside in Michigan. Members must meet the eligibility requirements set by the Group, the requirements of BCBSM's underwriting rules, certificates, riders, and Part B of this Agreement.
   The Group warrants that all Members meet the above requirements, and that it will not enroll any ineligible individual. If the Group, or its representative, knowingly enrolls an ineligible individual, it agrees to indemnify and hold BCBSM harmless against all benefit payments made on behalf of any improperly enrolled person, as well as any judgment, settlement, costs, expenses and reasonable attorney fees.

5. **Enrollment Requirements.** The Group will offer the coverage described in Part C to all eligible individuals as described in Section 4. To continue Group coverage, the number of eligible individuals enrolled in a Blue Family Benefit Program (Traditional, PPO, Blue Care Network, or any other program that BCBSM may establish) must at all times equal or exceed BCBSM enrollment and underwriting requirements. Group agrees to provide BCBSM or its designee with all information required to conduct an annual underwriting review and a payroll audit.

   Under no circumstances will Group coverage be available if fewer than two eligible individuals are enrolled. A husband and wife may be enrolled as a group only if a valid employee/employer relationship exists and can be documented by FICA and employee income tax withholding payroll records; otherwise, they must be enrolled as a single contract (two person or family).

6. **Eligibility Information.** Group agrees to provide timely and accurate eligibility information, including Medicare status, and identify all persons subject to the Medicare Secondary Payer statutes and regulations. Group acknowledges that BCBSM will rely upon the accuracy of all eligibility information the Group provides, and agrees to indemnify and hold BCBSM harmless against any loss, claim or action, including costs, penalties and reasonable attorney fees, arising from the provision of inaccurate eligibility information.

7. **Enrollment Applications.** BCBSM will not accept Member applications for coverage not submitted according to procedures contained in the Guide. Rehires and persons renewing terminated memberships will be enrolled as new employees/members. All applicable premiums, including those for any retroactive periods, must be paid before any employee/member is eligible for coverage.

8. **PA 350 Claims Dispute Procedures.** A Member who disagrees how a claim was processed normally first completes the BCBSM routine inquiry procedures. A Member who is still dissatisfied must exhaust all BCBSM-administered steps of the applicable grievance procedure provided in Part 4 of 1980 PA 350 (MCL 550.1401 et. seq.) before seeking any other remedies. All BCBSM-administered steps of the grievance procedure will be in accord with the time limits provided in Part 4 of PA 350. Any Member dissatisfied with the results of the BCBSM-administered steps of the grievance procedure may be entitled to the additional steps of the grievance procedure provided in Part 4 of PA 350, or may file suit in a competent court of jurisdiction as set forth in Section 14.

**Continued on reverse Side.**

The group agrees with all terms as stipulated in this group enrollment and coverage agreement (Parts A, front & back, B, and C), and in the specified Blue Cross and Blue Shield of Michigan Health Care Certificates(s) and rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

| Group Name: | Customer ID Number | Group Number: | Group Suffix |
|---|---|---|---|
| Menasha Corporation | | 17600 | 000/901/902 |

Signature of Group Executive: [signature] Date: 7/31/98

Signature of BCBSM Rep: Carlene Heimrich Mail Code: B230 Date: 8/5/98

Signature of Agent:: ______ Date: ______

Signature of Underwriter/Group Administration: Barbara [signature] Date: AUG 14 1998

ORIGINAL

9. **ERISA Fiduciaries.** If the Group's health care Plan is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the Group, or its designee (other than BCBSM), shall be the Plan Administrator of the Group's health care plan under ERISA and shall have all of the responsibilities and authority of that position including advising all eligible individuals of: (i) available benefits and any changes in benefits; (ii) termination of coverage for any reason, including the failure to make any payments when due; and (iii) their COBRA rights, if any. Except for its status as the named claims administrator for purposes of Section 503 of ERISA, BCBSM is not a named fiduciary for any purpose under ERISA and its responsibilities are limited to the processing and payment of claims. As the named claims administrator, BCBSM shall have the power and discretion to construe the terms of, and to determine all questions pertaining to the administration, interpretation, and application of this Agreement, certificates and riders that involve eligibility for the benefits and the payment or denial of claims.

10. **Certification of Creditable Coverage.** Unless the Group otherwise notifies BCBSM in writing, BCBSM will assume all responsibility for issuing automatic certificates of creditable coverage to terminated Members as required by the Health Insurance Portability and Accountability Act of 1996 and regulations, and further agrees to respond to any requests for such certificates and related inquiries. The Group will be responsible for notifying BCBSM of all terminations of coverage as set forth in Section 6. Also, if applicable, the Group will retain responsibility for issuing certificates of coverage to persons entitled to elect COBRA no later than when the Group provides the COBRA notice.

11. **Rate Stabilization Reserves (RSRs).** If the Group is experience rated, neither refunds of any positive nor charges of negative RSR balances will be made to, or charged to the Group at termination. These RSR provisions are part of the experience rating procedures filed with and approved by the State Insurance Commissioner. Also, RSR refunds or charges will not be made if the Group converts to an area rated or industry rated group, but will be added to, or charged against the pools used to compute area rated and industry rated premiums.

12. **Blue Med Save.** Groups may purchase this medical savings account (MSA) option only in conjunction with CMM1500/BMSDCR. Group will permit BCBSM to share eligibility information with the administrator of the MSA program and the bank or other financial institution custodian of MSA funds, subject to appropriate confidentiality safeguards. Group will prepay monthly MSA administration fees and MSA account contributions on behalf of enrolled employees at the time and in the manner required by BCBSM or the custodian. Group acknowledges that medical savings accounts are subject to federal participation limits and other tax code restrictions, and it agrees to comply with federal law governing its participation in this program.

13 **Licensee Status of BCBSM.** This Agreement is between the Group and BCBSM, an independent corporation licensed by the Blue Cross and Blue Shield Association (BCBSA) to use the Blue Cross and Blue Shield names and service marks in Michigan. However, BCBSM is not an agent of BCBSA and, by entering into this Agreement, the Group agrees that it made this Agreement based solely on its relationship with BCBSM or its agents. Group further agrees that BCBSA is not a party to, nor has any obligations under this Agreement, and that no obligations are created or implied by this language.

14. **Copayments - BlueCard Program.** If applicable, Member copayment liability for services received while traveling away from home under the BlueCard Program will, in most cases, be calculated on the lower of the provider's billed charges or the negotiated rate BCBSM pays the other Blue Cross and/or Blue Shield Plan (the "Host Plan"). This negotiated rate may represent either: (i) the actual price paid on the claim, (ii) an estimated price which reflects adjusted aggregate payments expected to result from settlements or other non-claims transactions between the Host Plan and all or a specified group of its health care providers, or (iii) a discount from billed charges representing the Host Plan's expected average savings for all or a specified group of its health care providers. Host Plan using the last two methods may prospectively adjust such prices to correct for over-or underestimation of past prices.

    A small number of states, by statute, require Host Plans to use a basis to calculate Member copayments which does not reflect the entire savings to be realized or expected on a particular claim. If Members receive services in one of these states, their copayment liability will be calculated using these statutory methods. In all cases, Members will be advised of the amount of their copayment liability in the Explanation of Benefits Form for the claim.

15. **Litigation.** Any suit arising out of this Agreement or any certificate must be filed within 2 years after the cause of action arose and, unless pre-empted by ERISA, shall be brought in a Michigan Court of competent jurisdiction. Under no circumstances may the Group or a Member file suit before exhausting the internal BCBSM-administered steps of the applicable grievance procedure set forth in Part 4 of 1980 PA 350 referenced in Section 8. However, exercising any rights under PA 350, as also described in Section 8, shall not extend the 2 year period in which any suit may be filed.

16. **Termination.** Upon thirty (30) days written notice, either party may terminate this Agreement for any reason.
17. **Waiver.** The waiver by a party of any breach of this Agreement by the other party shall not constitute a waiver of any subsequent breach of this Agreement.

18. **Exclusions.** Notwithstanding anything contained in this Agreement, BCBSM will have no obligation to the Group for any coverage not specified in the applicable Certificate and Riders, nor for any coverage which the group, in whole or in part, contracts with other carriers to provide on behalf of the Group. The Group agrees to indemnify and hold BCBSM harmless against any loss, claims, actions, and damages, including costs and reasonable attorneys' fees, which may arise from any coverage not so provided by BCBSM.

19. **Entire Agreement.** This Agreement (including Parts B and C) together with any attachments is the entire agreement between BCBSM and the Group and supersedes all other agreements, oral or written, between the parties regarding the same subject matter. This Agreement may be amended only by a written document signed by the parties.

20. **Severability.** If any provision of this Agreement is found invalid or unenforceable, the remaining provisions shall remain in full force and effect.

21 **Governing Law.** This Agreement is entered into in Michigan and, except as may be pre-empted by ERISA, shall be construed according to the laws of Michigan.

RECEIVED AUG 1 0 1998 GWC

**Once this entire document has been read, please sign on the reverse side.**



Blue Cross Blue Shield of Michigan

An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

## PART B - GROUP INFORMATION

| Group Size (Check One) | [ ] 2-4 [ ] 5-24 | [ ] 25-49 [X] 50-99 | [ ] 100-299 [ ] 300+ | Group Type (Check One) | [X] Area [ ] Industry | [ ] Chamber [ ] Association | [ ] ERS [ ] ASC | Effective Date: ~~8/1/98~~ 10/1/98 |
|---|---|---|---|---|---|---|---|---|

| Industry/Sponsoring Organization Name: | Customer ID Number | Group Number 17600 | Suffix Number 000/901/902 |
|---|---|---|---|

| Group Name (Full Legal Name) Menasha Corporation | Telephone Number: (616) 468-3153 | FAX Number: (616 468-5060 |
|---|---|---|

| Physical Address (Street) 333 West Center Street | City Coloma | State MI | Zip Code 49038 |
|---|---|---|---|
| Billing Address (If other than above) | City | State | Zip Code |

| Mailing Address (If other than above) P.O. Box 490 | City Coloma | State MI | Zip Code 49038 | County Name Berrien |
|---|---|---|---|---|

| Name of Contact Person/Title Tom Benchina | Name of Billing Contact Person/Title Brian Greenbush/HR Mgr | Telephone Number: 616 468-1222 |
|---|---|---|

| Name of Owner/Title Menasha Corporation | Telephone Number: (616 468-3153 | Type of Business Mfg. Corrugated Container | Federal Employer ID No. 38-1367484 |
|---|---|---|---|

| Worker's Compensation Carrier Name Kemper Insurance | Policy No. 316633 | Renewal Date 1/1/99 |
|---|---|---|

Are you currently in bankruptcy? [ ] Yes [X] No Do you have any leased employees? [ ] Yes [X] No

Does this group have any subsidiaries, offices or branches located at other physical locations? [ ] Yes [X] No

If yes, submit multiple location report.

| Is work force unionized? [X] Yes ~~[X] No~~ | Number of Employees Represented 103 | National/International Name UPIU - AFL - CIO |
|---|---|---|

| Local Number 1029 | Contract Expiration Date 6 - 2002 | Local Representative Name Larry Brown |
|---|---|---|

| Previous BCBSM Coverage? [X] Yes ~~[X] No~~ | If yes, Former Group Number 17600 | BCBSM Cancellation Date |
|---|---|---|

| Name of Current Carrier/Group Number 17600 | Cancellation Date | Employer Contribution $/%: ~~100%~~ 95% |
|---|---|---|

**Addition of Eligible Employees:**

A. Eligible **Dependent** coverage will be effective on date of event, e.g., spouse, newborn, if written notification is received within 30 days thereof with billing prorated. If after 30 days; will be effective at group's next annual reopening date.

B. **Newly hired full-time, or part-time employees who become full-time** are to be effective 1st billing following [ ] 30 [ ] 60 [ ] 90 calendar days of employment. (check one)

C. Employees hired with an active BCBSM/BCN contract may transfer to this group without regard to above schedule (Item B, above).

D. BCBSM Use Only: **Exceptions: suffix 901 and 902 - n/a retiree suffixes**

**Suffix 000 - Newly hired full-time or part-time employees who become full-time are to be effective on the 31st calendar day of employment**

Eligible enrolled individuals temporarily inactive because of layoff, sick leave or leave of absence, may continue as subscribers to this group program on a cash payment agreement for a period not to exceed 6 months. (Not applicable to Direct Billed Association Groups.)

| Managing Agent Name | M.A.Number | BCBSM Mail Code B230 |
|---|---|---|

| Agent Name | Agent Telephone No. | Agency No. | BCBSM Agent ID No. |
|---|---|---|---|
| Agent Mail Address (Street - P.O. Box) | City | State | Zip Code |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

Signature of Group Executive: [signature] Date: 7/31/98

Signature of BCBSM Rep: Carlene Heinrich Date: 8/5/98

Signature of Agent: Date:

Signature of Underwriter/Group Administration: Barbara Harris Date: AUG 1 4 1998

7-98B Distribution: ORIGINAL Underwriting Sales 1 Sales 2 M & B



An Independent Licensee of the Blue Cross Blue Shield Association

## Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| Menasha Corporation | | 17600 | 901 |

### PART C - COVERAGE SELECTION

LIST ALL BLUE CROSS AND BLUE SHIELD OF MICHIGAN CERTIFICATES/RIDERS AND FORM NUMBERS:

**Community Blue Group Benefits Certificate**

| | | | | |
|---|---|---|---|---|
| ASFP | BMT | ESRD | FC | GCO |
| GLE-1 | HMN | ICMP | PTFS | PTS |
| RAPS | SOT-PE | SUBRO-2 | CM-MH20% | CB-MHP |

**Preferred RX Certificate**

| | | | |
|---|---|---|---|
| PD-CR$10.00 | PC-D | PD-CM | MOPD-2 |

HEALTH SECURITY PROGRAM
[ ] HSP1 [ ] HSP2 [ ] ADD [ ] CHANGE OPTION [ ] MAINTAIN [ ] CANCEL-ATTACH GROUP LETTER

Coordination of Benefits: COB 1 100+: [ ] Other, Coordinaton of Benefits Form must be attached

| | | Identify Segment | Carrier Name | | |
|---|---|---|---|---|---|
| Total Employees: | 1 | | | Currently Enrolled: | 1 |
| Total Ineligible: | 0 | | | Other Blue: | 0 |
| Total Eligible: | 1 | | | New Hires: | 0 |
| HMO Enrolled: | | | | Total Enrolled: | 1 |

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [ ] New Business [X] Group Wide Change [ ] Transfer [ ] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 10-1-98 | Sales Office Code: | 230 | Cluster Code: | 0000 |
| Billing Cycle Date: | FIRST | Mail Code: | B230 | SIC Code: | 2653 |
| Rate Renewal Date: | 8/1/98 | Territory Code: | UN | County Code: | 011 |
| Inventory Date: | 8/1/99 | Control Code: | UN | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

| | | |
|---|---|---|
| Signature of Group Executive | Rod Heiring | Date: 7/31/98 |
| Signature of BCBSM Rep | Carlye Helmuth | Date: 8/5/98 |
| Signature of Agent | | Date: |
| Signature of Underwriter/Group Administration: | Barbara Harris | Date: AUG 14 1998 |

7-98cgen Distribution: Underwriting Sales 1 Sales 2 M&B

ORIGINAL

MENASHA-000127


RECEIVED
AUG 1 0 1998
GWC




# GROUP ENROLLMENT & COVERAGE AGREEMENT
## PART A - TERMS & CONDITIONS

BCBSM will provide health care coverage to eligible persons enrolled through the Group subject to the terms of applicable certificates and riders, BCBSM's administrative and underwriting requirements, the Group Administrative Guide ("the Guide"), and the following conditions:

1. **Effective Date.** This Agreement will become effective only when BCBSM returns a signed copy to the Group and applicable premiums are paid. This Agreement is effective on the date established by BCBSM and will continue unless terminated as provided in Section 12.

2. **Group as Agent.** For all purposes of this Agreement, including the payment of premiums, the Group is agent for all eligible individuals and their enrolled dependents ("Members"). Notice by or to the Group will satisfy any notice requirements of this Agreement and applicable certificates.

3. **Premiums.** The Group must prepay all premiums for at least a one-month period. The Group must pay all premiums related to any retroactive adjustments expressly permitted by underwriting rules. Refunds or retroactive credits of premium payments or retroactive additions or deletions of employees or members of the Group are not otherwise permitted under this Agreement. Except for any government-mandated surcharges or subsidies, all premium rates are guaranteed for the applicable benefit period then in effect. For account with less than 100 enrolled contracts, if incorrect rates are identified, BCBSM will notify the account in writing that the rates will be corrected on the next available bill, 90 days following receipt of the notice of incorrect rates.

   At its discretion, BCBSM may terminate this Agreement if premiums are more than thirty (30) days past due, with termination of coverage retroactive to the date through which premiums were paid in full.

4. **Eligibility.** Individuals eligible for enrollment as subscribers are proprietors, partners, and shareholders actively managing the enterprise; full time active employees working at least thirty (30) hours per week; and dues paying members of duly constituted chamber/association groups who reside in Michigan. Members must meet the eligibility requirements set by the Group, the requirements of BCBSM's underwriting rules, certificates, riders, and Part B of this Agreement.
   The Group warrants that all Members meet the above requirements, and that it will not enroll any ineligible individual. If the Group, or its representative, knowingly enrolls an ineligible individual, it agrees to indemnify and hold BCBSM harmless against all benefit payments made on behalf of any improperly enrolled person, as well as any judgment, settlement, costs, expenses and reasonable attorney fees.

5. **Enrollment Requirements.** The Group will offer the coverage described in Part C to all eligible individuals as described in Section 4. To continue Group coverage, the number of eligible individuals enrolled in a Blue Family Benefit Program (Traditional, PPO, Blue Care Network, or any other program that BCBSM may establish) must at all times equal or exceed BCBSM enrollment and underwriting requirements. Group agrees to provide BCBSM or its designee with all information required to conduct an annual underwriting review and a payroll audit.

   Under no circumstances will Group coverage be available if fewer than two eligible individuals are enrolled. A husband and wife may be enrolled as a group only if a valid employee/employer relationship exists and can be documented by FICA and employee income tax withholding payroll records; otherwise, they must be enrolled as a single contract (two person or family).

6. **Eligibility Information.** Group agrees to provide timely and accurate eligibility information, including Medicare status, and identify all persons subject to the Medicare Secondary Payer statutes and regulations. Group acknowledges that BCBSM will rely upon the accuracy of all eligibility information the Group provides, and agrees to indemnify and hold BCBSM harmless against any loss, claim or action, including costs, penalties and reasonable attorney fees, arising from the provision of inaccurate eligibility information.

7. **Enrollment Applications.** BCBSM will not accept Member applications for coverage not submitted according to procedures contained in the Guide. Rehires and persons renewing terminated memberships will be enrolled as new employees/members. All applicable premiums, including those for any retroactive periods, must be paid before any employee/member is eligible for coverage.

8. **PA 350 Claims Dispute Procedures.** A Member who disagrees how a claim was processed normally first completes the BCBSM routine inquiry procedures. A Member who is still dissatisfied must exhaust all BCBSM-administered steps of the applicable grievance procedure provided in Part 4 of 1980 PA 350 (MCL 550.1401 et. seq.) before seeking any other remedies. All BCBSM-administered steps of the grievance procedure will be in accord with the time limits provided in Part 4 of PA 350. Any Member dissatisfied with the results of the BCBSM-administered steps of the grievance procedure may be entitled to the additional steps of the grievance procedure provided in Part 4 of PA 350, or may file suit in a competent court of jurisdiction as set forth in Section 14.

**Continued on reverse Side.**

The group agrees with all terms as stipulated in this group enrollment and coverage agreement (Parts A, front & back, B, and C), and in the specified Blue Cross and Blue Shield of Michigan Health Care Certificates(s) and rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

Group Name: **Menasha Corporation**

Customer ID Number

Group Number: 17600

Group Suffix: 000/901/902

Signature of Group Executive: [signature] Date: 7/31/98

Signature of BCBSM Rep: Carlene Heimrich Mail Code: B230 Date: 8/5/98

Signature of Agent:: Date: ________

Signature of Underwriter/Group Administration: Barbara [signature] Date: AUG 14 1998

ORIGINAL



Blue Cross Blue Shield of Michigan

An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

## PART B - GROUP INFORMATION

Group Size (Check One): [ ] 2-4 [ ] 5-24 [ ] 25-49 [X] 50-99 [ ] 100-299 [ ] 300+

Group Type (Check One): [X] Area [ ] Industry [ ] Chamber [ ] Association [ ] ERS [ ] ASC

Effective Date: ~~8/1/98~~ 10/1/98

| Field | Value |
|---|---|
| Industry/Sponsoring Organization Name: | |
| Customer ID Number | |
| Group Number | 17600 |
| Suffix Number | 000/901/902 |
| Group Name (Full Legal Name) | Menasha Corporation |
| Telephone Number: | (616) 468-3153 |
| FAX Number: | (616 468-5060 |
| Physical Address (Street) | 333 West Center Street |
| City | Coloma |
| State | MI |
| Zip Code | 49038 |
| Billing Address (If other than above) | |
| City | |
| State | |
| Zip Code | |
| Mailing Address (If other than above) | P.O. Box 490 |
| City | Coloma |
| State | MI |
| Zip Code | 49038 |
| County Name | Berrien |
| Name of Contact Person/Title | Tom Benchina |
| Name of Billing Contact Person/Title | Brian Greenbush/HR Mgr |
| Telephone Number: | 616 468-1222 |
| Name of Owner/Title | Menasha Corporation |
| Telephone Number: | (616 468-3153 |
| Type of Business | Mfg. Corrugated Container |
| Federal Employer ID No. | 38-1367484 |
| Worker's Compensation Carrier Name | Kemper Insurance |
| Policy No. | 316633 |
| Renewal Date | 1/1/99 |

Are you currently in bankruptcy? [ ] Yes [X] No Do you have any leased employees? [ ] Yes [X] No

Does this group have any subsidiaries, offices or branches located at other physical locations? [ ] Yes [X] No

If yes, submit multiple location report.

| Field | Value |
|---|---|
| Is work force unionized? | [X] Yes ~~[X] No~~ |
| Number of Employees Represented | 103 |
| National/International Name | UPIU - AFL - CIO |
| Local Number | 1029 |
| Contract Expiration Date | 6 - 2002 |
| Local Representative Name | Larry Brown |
| Previous BCBSM Coverage? | [X] Yes ~~[X] No~~ |
| If yes, Former Group Number | 17600 |
| BCBSM Cancellation Date | |
| Name of Current Carrier/Group Number | 17600 |
| Cancellation Date | |
| Employer Contribution $/%: | ~~100%~~ 95% |

**Addition of Eligible Employees:**

A. Eligible **Dependent** coverage will be effective on date of event, e.g., spouse, newborn, if written notification is received within 30 days thereof with billing prorated. If after 30 days; will be effective at group's next annual reopening date.

B. **Newly hired full-time, or part-time employees who become full-time** are to be effective 1st billing following [ ] 30 [ ] 60 [ ] 90 calendar days of employment. (check one)

C. Employees hired with an active BCBSM/BCN contract may transfer to this group without regard to above schedule (item B, above).

D. BCBSM Use Only: **Exceptions: suffix 901 and 902 - n/a retiree suffixes**

**Suffix 000 - Newly hired full-time or part-time employees who become full-time are to be effective on the 31st calendar day of employment**

Eligible enrolled individuals temporarily inactive because of layoff, sick leave or leave of absence, may continue as subscribers to this group program on a cash payment agreement for a period not to exceed 6 months. (Not applicable to Direct Billed Association Groups.)

| Field | Value |
|---|---|
| Managing Agent Name | |
| M.A.Number | |
| BCBSM Mail Code | B230 |
| Agent Name | |
| Agent Telephone No. | |
| Agency No. | |
| BCBSM Agent ID No. | |
| Agent Mail Address (Street - P.O. Box) | |
| City | |
| State | |
| Zip Code | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

Signature of Group Executive: [signature] Date: 7/31/98

Signature of BCBSM Rep: Carlene Heinrich Date: 8/5/98

Signature of Agent: Barbara Harris Date:

Signature of Underwriter/Group Administration: Date:

7-98B Distribution: ORIGINAL Underwriting Sales 1 Sales 2 M & B

MENASHA-000130



An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| Menasha Corporation | | 17600 | 000 |

## PART C - COVERAGE SELECTION

LIST ALL BLUE CROSS AND BLUE SHIELD OF MICHIGAN CERTIFICATES/RIDERS AND FORM NUMBERS:

**Community Blue Group Benefits Certificate**

| | | | | |
|---|---|---|---|---|
| ASFP | BMT | ESRD | FC | GCO |
| GLE-1 | HMN | ICMP | PTFS | PTS |
| RAPS | SOT-PE | SUBRO-2 | CM-MH20% | CB-MHP |

**Preferred RX Certificate**

| | | | |
|---|---|---|---|
| PD-CR$10.00 | PC-D | PD-CM | MOPD-2 |

HEALTH SECURITY PROGRAM
[ ] HSP1 [ ] HSP2 [ ] ADD [ ] CHANGE OPTION [ ] MAINTAIN [ ] CANCEL-ATTACH GROUP LETTER

Coordination of Benefits: COB 1 100+: [ ] Other, Coordinaton of Benefits Form must be attached

| | | Identify Segment | Carrier Name | | |
|---|---|---|---|---|---|
| Total Employees: | 103 | | | Currently Enrolled: | 88 |
| Total Ineligible: | 15 | | | Other Blue: | 0 |
| Total Eligible: | 88 | | | New Hires: | 0 |
| HMO Enrolled: | | | | Total Enrolled: | 88 |

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [ ] New Business [x] Group Wide Change [ ] Transfer [ ] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 10-1-98 | Sales Office Code: | 230 | Cluster Code: | 0000 |
| Billing Cycle Date: | FIRST | Mail Code: | B230 | SIC Code: | 2653 |
| Rate Renewal Date: | 8/1/98 | Territory Code: | UN | County Code: | 011 |
| Inventory Date: | 8/1/99 | Control Code: | UN | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

| | | |
|---|---|---|
| Signature of Group Executive | Rod Heinig | Date: 7/31/98 |
| Signature of BCBSM Rep | Carlene Heinrich | Date: 8/5/98 |
| Signature of Agent | | Date: |
| Signature of Underwriter/Group Administration: | Barbara Hart | Date: |

7-98cgen Distribution: Underwriting Sales 1 Sales 2 M&B

ORIGINAL


RECEIVED
AUG 1 0 1998
GWC




# GROUP ENROLLMENT & COVERAGE AGREEMENT

## PART A - TERMS & CONDITIONS

BCBSM will provide health care coverage to eligible persons enrolled through the Group subject to the terms of applicable certificates and riders, BCBSM's administrative and underwriting requirements, the Group Administrative Guide ("the Guide"), and the following conditions:

1. **Effective Date.** This Agreement will become effective only when BCBSM returns a signed copy to the Group and applicable premiums are paid. This Agreement is effective on the date established by BCBSM and will continue unless terminated as provided in Section 12.

2. **Group as Agent.** For all purposes of this Agreement, including the payment of premiums, the Group is agent for all eligible individuals and their enrolled dependents ("Members"). Notice by or to the Group will satisfy any notice requirements of this Agreement and applicable certificates.

3. **Premiums.** The Group must prepay all premiums for at least a one-month period. The Group must pay all premiums related to any retroactive adjustments expressly permitted by underwriting rules. Refunds or retroactive credits of premium payments or retroactive additions or deletions of employees or members of the Group are not otherwise permitted under this Agreement. Except for any government-mandated surcharges or subsidies, all premium rates are guaranteed for the applicable benefit period then in effect. For account with less than 100 enrolled contracts, if incorrect rates are identified, BCBSM will notify the account in writing that the rates will be corrected on the next available bill, 90 days following receipt of the notice of incorrect rates.

   At its discretion, BCBSM may terminate this Agreement if premiums are more than thirty (30) days past due, with termination of coverage retroactive to the date through which premiums were paid in full.

4. **Eligibility.** Individuals eligible for enrollment as subscribers are proprietors, partners, and shareholders actively managing the enterprise; full time active employees working at least thirty (30) hours per week; and dues paying members of duly constituted chamber/association groups who reside in Michigan. Members must meet the eligibility requirements set by the Group, the requirements of BCBSM's underwriting rules, certificates, riders, and Part B of this Agreement.
   The Group warrants that all Members meet the above requirements, and that it will not enroll any ineligible individual. If the Group, or its representative, knowingly enrolls an ineligible individual, it agrees to indemnify and hold BCBSM harmless against all benefit payments made on behalf of any improperly enrolled person, as well as any judgment, settlement, costs, expenses and reasonable attorney fees.

5. **Enrollment Requirements.** The Group will offer the coverage described in Part C to all eligible individuals as described in Section 4. To continue Group coverage, the number of eligible individuals enrolled in a Blue Family Benefit Program (Traditional, PPO, Blue Care Network, or any other program that BCBSM may establish) must at all times equal or exceed BCBSM enrollment and underwriting requirements. Group agrees to provide BCBSM or its designee with all information required to conduct an annual underwriting review and a payroll audit.

   Under no circumstances will Group coverage be available if fewer than two eligible individuals are enrolled. A husband and wife may be enrolled as a group only if a valid employee/employer relationship exists and can be documented by FICA and employee income tax withholding payroll records; otherwise, they must be enrolled as a single contract (two person or family).

6. **Eligibility Information.** Group agrees to provide timely and accurate eligibility information, including Medicare status, and identify all persons subject to the Medicare Secondary Payer statutes and regulations. Group acknowledges that BCBSM will rely upon the accuracy of all eligibility information the Group provides, and agrees to indemnify and hold BCBSM harmless against any loss, claim or action, including costs, penalties and reasonable attorney fees, arising from the provision of inaccurate eligibility information.

7. **Enrollment Applications.** BCBSM will not accept Member applications for coverage not submitted according to procedures contained in the Guide. Rehires and persons renewing terminated memberships will be enrolled as new employees/members. All applicable premiums, including those for any retroactive periods, must be paid before any employee/member is eligible for coverage.

8. **PA 350 Claims Dispute Procedures.** A Member who disagrees how a claim was processed normally first completes the BCBSM routine inquiry procedures. A Member who is still dissatisfied must exhaust all BCBSM-administered steps of the applicable grievance procedure provided in Part 4 of 1980 PA 350 (MCL 550.1401 et. seq.) before seeking any other remedies. All BCBSM-administered steps of the grievance procedure will be in accord with the time limits provided in Part 4 of PA 350. Any Member dissatisfied with the results of the BCBSM-administered steps of the grievance procedure may be entitled to the additional steps of the grievance procedure provided in Part 4 of PA 350, or may file suit in a competent court of jurisdiction as set forth in Section 14.

**Continued on reverse Side.**

The group agrees with all terms as stipulated in this group enrollment and coverage agreement (Parts A, front & back, B, and C), and in the specified Blue Cross and Blue Shield of Michigan Health Care Certificates(s) and rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

| Group Name: | Customer ID Number | Group Number: | Group Suffix |
|---|---|---|---|
| Menasha Corporation | | 17600 | 000/901/902 |

Signature of Group Executive: [signature] Date: 7/31/98

Signature of BCBSM Rep: Carlene Heimrich Mail Code: B230 Date: 8/5/98

Signature of Agent:: ______ Date: ______

Signature of Underwriter/Group Administration: Barbara Harris Date: ______

ORIGINAL



# GROUP ENROLLMENT & COVERAGE AGREEMENT
## PART A - TERMS & CONDITIONS

BCBSM will provide health care coverage to eligible persons enrolled through the Group subject to the terms of applicable certificates and riders, BCBSM's administrative and underwriting requirements, the Group Administrative Guide ("the Guide"), and the following conditions:

1. **Effective Date.** This Agreement will become effective only when BCBSM returns a signed copy to the Group and applicable premiums are paid. This Agreement is effective on the date established by BCBSM and will continue unless terminated as provided in Section 12.

2. **Group as Agent.** For all purposes of this Agreement, including the payment of premiums, the Group is agent for all eligible individuals and their enrolled dependents ("Enrollees"). Notice by or to the Group will satisfy any notice requirements of this Agreement and applicable certificates.

3. **Premiums.** The Group must prepay all premiums for at least a one-month period. The Group must pay all premiums related to any retroactive adjustments expressly permitted by underwriting rules. Refunds or retroactive credits of premium payments or retroactive additions or deletions of employees or members of the Group are not otherwise permitted under this Agreement. Except for any government-mandated surcharges or subsidies, all premium rates are guaranteed for the applicable benefit period then in effect. For account with less than 100 enrolled contracts, if incorrect rates are identified, BCBSM will notify the account in writing that the rates will be corrected on the next available bill, 90 days following receipt of the notice of incorrect rates.

   At its discretion, BCBSM may terminate this Agreement if premiums are more than thirty (30) days past due, with termination of coverage retroactive to the date through which premiums were paid in full.

4. **Eligibility.** Individuals eligible for enrollment as subscribers are proprietors, partners, and shareholders actively managing the enterprise; full time active employees working at least thirty (30) hours per week; and dues paying members of duly constituted chamber/association groups who reside in Michigan. Enrollees must meet the eligibility requirements set by the Group, the requirements of BCBSM's underwriting rules, certificates, riders, and Part B of this Agreement.
   The Group warrants that all Enrollees meet the above requirements, and that it will not enroll any ineligible individual. If the Group, or its representative, knowingly enrolls an ineligible individual, it agrees to indemnify and hold BCBSM harmless against all benefit payments made on behalf of any improperly enrolled person, as well as any judgment, settlement, costs, expenses and reasonable attorney fees.

5. **Enrollment Requirements.** The Group will offer the coverages described in Part C to all eligible individuals as described in Section 4. To continue Group coverage, the number of eligible individuals enrolled in a Blue Family Benefit Program (Traditional, PPO, Blue Care Network, or any other program that BCBSM may establish) must at all times equal or exceed BCBSM enrollment and underwriting requirements. Group agrees to provide BCBSM or its designee with all information required to conduct an annual underwriting review and a payroll audit.

   Under no circumstances will Group coverage be available if fewer than two eligible individuals are enrolled. A husband and wife may be enrolled as a group only if a valid employee/employer relationship exists and can be documented by FICA and employee income tax withholding payroll records; otherwise, they must be enrolled as a single contract (two person or family).

6. **Eligibility Information.** Group agrees to provide timely and accurate eligibility information, including Medicare status, and identify all persons subject to the Medicare Secondary Payer statutes and regulations. Group acknowledges that BCBSM will rely upon the accuracy of all eligibility information the Group provides, and agrees to indemnify and hold BCBSM harmless against any loss, claim or action, including costs, penalties and reasonable attorney fees, arising from the provision of inaccurate eligibility information.

7. **Enrollment Applications.** BCBSM will not accept Enrollee applications for coverage not submitted according to procedures contained in the Guide. Rehires and persons renewing terminated memberships will be enrolled as new employees/members. All applicable premiums, including those for any retroactive periods, must be paid before any employee/member is eligible for coverage.

8. **PA 350 Claims Dispute Procedures.** An Enrollee who disagrees how a claim was processed normally first completes the BCBSM routine inquiry procedures. An Enrollee who is still dissatisfied must exhaust all BCBSM-administered steps of the applicable grievance procedure provided in Part 4 of 1980 PA 350 (MCL 550.1401 et. seq.) before seeking any other remedies. All BCBSM-administered steps of the grievance procedure will be in accord with the time limits provided in Part 4 of PA 350. Any Enrollee dissatisfied with the results of the BCBSM-administered steps of the grievance procedure may be entitled to the additional steps of the grievance procedure provided in Part 4 of PA 350, or may file suit in a competent court of jurisdiction as set forth in Section 14.

**Continued on reverse Side.**

The group agrees with all terms as stipulated in this group enrollment and coverage agreement (Parts A, front & back, B, and C), and in the specified Blue Cross and Blue Shield of Michigan Health Care Certificates(s) and rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

| Group Name: Menasha | Customer ID Number | Group Number: 17600 | Group Suffix: 902 |
|---|---|---|---|
| Signature of Group Executive: | [signature] | | Date: 3/26/98 |
| Signature of BCBSM Rep: | [signature] Carlene Heimrich | Mail Code: B230 | Date: 3/27/98 |
| Signature of Agent:: | | | Date: |
| Signature of Underwriter/Group Administration: | [signature] J. Warren | | Date: 4-6-98 |

ORIGINAL

9. **ERISA Fiduciaries.** If the Group's health care Plan is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the Group, or its designee (other than BCBSM), shall be the Plan Administrator of the Group's health care plan under ERISA and shall have all of the responsibilities and authority of that position including advising all eligible individuals of: (i) available benefits and any changes in benefits; (ii) termination of coverage for any reason, including the failure to make any payments when due; and (iii) their COBRA rights, if any.

   Except for its status as the named claims administrator for purposes of Section 503 of ERISA, BCBSM is not a named fiduciary for any purpose under ERISA and its responsibilities are limited to the processing and payment of claims. As the named claims administrator, BCBSM shall have the power and discretion to construe the terms of, and to determine all questions pertaining to the administration, interpretation, and application of this Agreement, certificates and riders that involve eligibility for the benefits and the payment or denial of claims.

10. **Certification of Creditable Coverage.** Unless the Group otherwise notifies BCBSM in writing, BCBSM will assume all responsibility for issuing automatic certificates of creditable coverage to terminated Enrollees as required by the Health Insurance Portability and Accountability Act of 1996 and regulations, and further agrees to respond to any requests for such certificates and related inquiries. The Group will be responsible for notifying BCBSM of all terminations of coverage as set forth in Section 6. Also, if applicable, the Group will retain responsibility for issuing certificates of coverage to persons entitled to elect COBRA no later than when the Group provides the COBRA notice

11. **Rate Stabilization Reserves (RSRs).** If the Group is experience rated, neither refunds of any positive nor charges of negative RSR balances will be made to, or charged to the Group at termination. These RSR provisions are part of the experience rating procedures filed with and approved by the State Insurance Commissioner. Also, RSR refunds or charges will not be made if the Group converts to an area rated or industry rated group, but will be added to, or charged against the pools used to compute area rated and industry rated premiums.

12. **Licensee Status of BCBSM.** This Agreement is between the Group and BCBSM, an independent corporation licensed by the Blue Cross and Blue Shield Association (BCBSA) to use the Blue Cross and Blue Shield names and service marks in Michigan. However, BCBSM is not an agent of BCBSA and, by entering into this Agreement, the Group agrees that it made this Agreement based solely on its relationship with BCBSM or its agents. Group further agrees that BCBSA is not a party to, nor has any obligations under this Agreement, and that no obligations are created or implied by this language.

13. **Copayments - BlueCard Program.** If applicable, Member copayment liability for services received while traveling away from home under the BlueCard Program will, in most cases, be calculated on the lower of the provider's billed charges or the negotiated rate BCBSM pays the other Blue Cross and/or Blue Shield Plan (the "Host Plan"). This negotiated rate may represent either: (i) the actual price paid on the claim, (ii) an estimated price which reflects adjusted aggregate payments expected to result from settlements or other non-claims transactions between the Host Plan and all or a specified group of its health care providers, or (iii) a discount from billed charges representing the Host Plan's expected average savings for all or a specified group of its health care providers. Host Plan using the last two methods may prospectively adjust such prices to correct for over-or underestimation of past prices.

   A small number of states, by statute, require Host Plans to use a basis to calculate Member copayments which does not reflect the entire savings to be realized or expected on a particular claim. If Members receive services in one of these states, their copayment liability will be calculated using these statutory methods. In all cases, Members will be advised of the amount of their copayment liability in the Explanation of Benefits Form for the claim.

14. **Litigation.** Any suit arising out of this Agreement or any certificate must be filed within 2 y ears after the cause of action arose and, unless pre-empted by ERISA, shall be brought in a Michigan Court of competent jurisdiction. Under no circumstances may the Group or an Enrollee file suit before exhausting the internal BCBSM-administered steps of the applicable grievance procedure set forth in Part 4 of 1980 PA 350 referenced in Section 8. However, exercising any rights under PA 350, as also described in Section 8, shall not extend the 2 year period in which any suit may be filed.

15. **Termination.** Upon thirty (30) days written notice, either party may terminate this Agreement for any reason.

16. **Waiver.** The waiver by a party of any breach of this Agreement by the other party shall not constitute a waiver of any subsequent breach of this Agreement.

17. **Entire Agreement.** This Agreement (including Parts B and C) together with any attachments is the entire agreement between BCBSM and the Group and supersedes all other agreements, oral or written, between the parties regarding the same subject matter. This Agreement may be amended only by a written document signed by the parties.

18. **Severability.** If any provision of this Agreement is found invalid or unenforceable, the remaining provisions shall remain in full force and effect.

19. **Governing Law.** This Agreement is entered into in Michigan and, except as may be pre-empted by ERISA, shall be construed according to the laws of Michigan.

20. **Blue Med Save.** Groups may purchase this medical savings account (MSA) option only in conjunction with CMM1500/BMSDCR. Group will permit BCBSM to share eligibility information with the administrator of the MSA program and the bank or other financial institution custodian of MSA funds, subject to appropriate confidentiality safeguards. Group will prepay monthly MSA administration fees and MSA account contributions on behalf of enrolled employees at the time and in the manner required by BCBSM or the custodian. Group acknowledges that medical savings accounts are subject to federal participation limits and other tax code restrictions, and it agrees to comply with federal law governing its participation in this program.

**Once this entire document has been read, please sign on the reverse side.**

Jan98 Distribution: Underwriting Sales Office 1 Sales Office 2 Membership & Billing

ORIGINAL

RECEIVED MAR 31 1998 GWC



An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

## PART B - GROUP INFORMATION

Group Size (Check One): [ ] 2-4 [ ] 5-24 [ ] 25-49 [X] 50-99 [ ] 100-299 [ ] 300+

Group Type (Check One): [X] Area [ ] Industry [ ] Chamber [ ] Association [ ] ERS [ ] ASC

Effective Date: 4-1-98

Industry/Sponsoring Organization Name:

Customer ID Number:

Group Number: 17600

Suffix Number: 902

Group Name (Full Legal Name): Menasha Corporation

Telephone Number: (616) 468-3153

Physical Address (Street): 333 West Center Street, PO Box 490 | City: Coloma | State: MI | Zip Code: 49038

Billing Address (If other than above) | City | State | Zip Code

Mailing Address (If other than above) | City | State | Zip Code | County Name: Berrien

Name of Contact Person/Title: Tom Benchina

Name of Billing Contact Person/Title: Brian Greenbush / Human Resources

Name of Owner/Title: Menasha Corporation

Type of Business: Mfg. Corrugated Container

Worker's Compensation Carrier/Policy Number: Mgr Kemper Ins./316633

Federal Employer ID Number: 38-1367484

Are you currently in bankruptcy? [ ] Yes [X] No

Do you have any leased employees? [ ] Yes [X] No

Does this group have any subsidiaries, offices or branches located at other physical locations? [ ] Yes [X] No

If yes, submit multiple location report.

Is work force unionized? [ ] Yes [ ] No | Number of Employees Represented | National/International Name

Local Number | Contract Expiration Date | Local Representative Name

Previous BCBSM Coverage? [ ] Yes [X] No | If yes, Former Group Number | BCBSM Cancellation Date

Name of Current Carrier/Group Number | Cancellation Date | Employer Contribution $/%: 100%

### Addition of Eligible Employees:

A. Eligible **Dependent** coverage will be effective on date of event, e.g., spouse, newborn, if written notification is received within 30 days thereof with billing prorated. If after 30 days, will be effective at group's next annual reopening date.

B. **Newly hired full-time, or part-time employees who become full-time** are to be effective 1st billing following [ ] 30 [ ] 60 [ ] 90 calendar days of employment. (check one)

C. Employees hired with an active BCBSM/BCN contract may transfer to this group without regard to above schedule (item B, above).

D. BCBSM Use Only: **Exceptions**:

Eligible enrolled individuals temporarily inactive because of layoff, sick leave or leave of absence, may continue as subscribers to this group program on a cash payment agreement for a period not to exceed 6 months. (Not applicable to Direct Billed Association Groups.)

Managing Agent Name | M.A. Number | BCBSM Mail Code: B230

Agent Name | Agent Telephone No. | Agency No. | BCBSM Agent ID No.

Agent Mail Address (Street - P.O. Box) | City | State | Zip Code

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

Signature of Group Executive: [signature] Date: 3/26/98

Signature of BCBSM Rep: Carlene Heinrich Date: 3/27/98

Signature of Agent: Date:

Signature of Underwriter/Group Administration: D. Warren Date: 4-6-98

1-98B Distribution: Underwriting Sales 1 Sales 2 M & B

ORIGINAL

MAR 31 1998
GWC



An Independent Licensee of the Blue Cross Blue Shield Association

## Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| Menahsa | | 17600 | 902 |

**PART C - COVERAGE SELECTION** — Requested Effective Date: 4-1-98

| PLAN TYPE (Certificates & Riders Listed on back) | PLANS | CERTIFICATE/RIDER OPTIONS |
|---|---|---|
| *Managed Traditional First Dollar* | [X] First Dollar Traditional Hospital Surgical | [ ] AP2 [ ] MMC5/MMCCR50/MMCLCP1500* [X] ML [ ] MMCPC [X] MMC1* [ ] XVA *MM65, MM65AL, MMCPDC, MMCXTMJ, RAPS2, delete PA. |
| *Managed Traditional Comprehensive Major Medical* | [ ] Plan 1-CMM100 [ ] Plan 2-CMM250 [ ] Plan 3-CMM500 [ ] Plan 4-CMM1000 [ ] Plan 5-CMM1500 | [ ] AP2 [ ] CMMCR30/CMMLCP1500(A) [ ] CMMCR50/CMMLCP1500(A) [ ] CMMECS (Plan 1 ) [ ] CMMLCP500 [ ] CMMOPS [ ]$5 [ ]$10 [ ]$15 [ ] CMMSAB [ ] XVA |
| *Managed Traditional Comprehensive Major Medical - Blue Med Save* | [ ] CMM1500/BMSDCR | [ ] AP2 [ ] CMMSAB [ ] XVA |
| *Community Blue PPO* | Plan: [ ] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6 [ ] 7 | [ ] CBMH20% [ ] CBOV15 [ ] CBPCM [ ] XVA |
| *Blue Choice – Point of Service* | Plan: [ ] 1 [ ] 4 [ ] 5 [ ] 6 | [ ] XVA |

### *ADDITIONAL PROGRAMS*

**Prescription Drug - Preferred Rx**

[X] $5 Copay* [ ] $15 Copay* [ ] 20%/$5 Copay
[ ] $10 Copay* [ ] $20 Copay* [ ] MOPD2**
[ ] PCD, PD-CM [ ] MOPD $5**
*MOPD included **Delete MOPD
MOPD2 (Flat $ copays Only)
MMCPD (First Dollar with Master Medical)

**Vision** [ ] Vision A80 [ ] Freestanding

**Dental** [ ] Plan 1: 50-50-50-800
[ ] Plan 2: RC-25-50-1000
[ ] Plan 3: RC-25-50-1000,0S-50-1000
[ ] Freestanding
(CDCFC, DXTMJ, RDC - All Dental Plans)

[ ] SD Rider can be maintained if group had benefit prior to 1/1/88 and has been continuously enrolled - PA if Master Medical
COB 1 100+: [ ] COB 2* [ ] COB 3* *COB Form must be attached
Health Security Program: [ ] HSP1 [ ] HSP2 [ ] Add [ ] Change Option [ ] Maintain [ ] Cancel-Attach Group Letter
Blue MedSave: [ ] Add [ ] Maintain [ ] Cancel - Attach group letter

| | | Identify Segment | Carrier Name | | |
|---|---|---|---|---|---|
| Total Employees: | 92 | | | Currently Enrolled: | 1 |
| Total Ineligible: | | | | Other Blue | |
| Total Eligible: | 1 | | | New Hires: | |
| HMO Enrolled: | | | | Total Enrolled: | 1 |

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [ ] New Business [X] Group Wide Change [ ] Transfer [ ] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 040198 | Sales Office Code: | B230 | Cluster Code: | 0000 ~~3A00~~ |
| Billing Cycle Date: | 1st | Mail Code: | B230 | SIC Code: | 2653 4-9-98 |
| Rate Renewal Date: | 8-1-97 | Territory Code: | UN | County Code: | 011 |
| Inventory Date: | 8-1-98 | Control Code: | UN | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). Do not sign this agreement unless a benefit description is enclosed.

Signature of Group Executive: [signature] Date: 3/26/98
Signature of BCBSM Rep: Carlene Heimrich Date: 3/27/98
Signature of Agent: Date:
Signature of Underwriter/Group Administration: D. Warren Date: 4-6-98

1/98cov Distribution: Underwriting Sales Office 1 Sales Office 2 Membership & Billing

ORIGINAL

**Managed Traditional First Dollar Plan**: COMP, PSG, 2+1 COMPLEMENTARY OPTION, ASFP, BMT, CNM, CNP, D45NM, ECIP, ESRD, FAERC, FC, GCO, GCPD, GLE1, GPCSAT2, HCB1, HMN, ICMP, NC, PA, PTB, PTFS, PTS, RAPS, RDC, RM, RPS, SAT2, SOTPE, SUBRO2, TSA, VST, XTMJ

**Managed Traditional Comprehensive Major Medical Plans 1,2,3,4,5**: 2+1 COMPLEMENTARY OPTION, ASFP, BMT, CMMLTM, CMMPDC1-2, CMMRPS, CMMSAT2, CMMVST, CMMXTMJ, CNM, CNP, ECIP, ESRD, FC, GCO, GCPD, GLE1, GPCSAT2, HCB1, HMN, ICMP, MM65, MM65AL, MMCPD, PTFS, PTS, RAPS, RDC, RM, SOTPE, SUBRO2, TSA

**Managed Traditional Comprehensive Major Medical Plan – Blue Med Save (MSA)**: 2+1 COMPLEMENTARY OPTION, ASFP, BMSDCR, BMT, CMMLTM, CMMPDC1-2, CMMRPS, CMMSAT2, CMMVST, CMMXTMJ, CNM, CNP, ECIP, ESRD, FC, GCO, GCPD, GLE1, GPCSAT2, HCB1, HMN, ICMP, MM65, MM65AL, MMCPD, PTFS, PTS, RAPS, RDC, RM, SOTPE, SUBRO2, TSA

**Community Blue Plan 1**: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE, ASFP, BMT, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2
**Community Blue Plan 2**: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE, ASFP, BMT, CBC10%P, CBC30%NP, CBCMNP$1500, CBCMP$500, CBD$100P, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2
**Community Blue Plan 3**: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE, ASFP, BMT, CBC20%P, CBC40%NP, CBCMNP$3000, CBCMP$1000, CBD$250P, CBD$500NP, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2
**Community Blue Plan 4**: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE, ASFP, BMT, CBC20%P, CBC40%NP, CBCMNP$3000, CBCMP$1500, CBD$1000NP, CBD$500P, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2
**Community Blue Plan 5**: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE, ASFP, BMT, CBD$100P, CBC10%P, CBCMP$1000, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2
**Community Blue Plan 6**: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE, ASFP, BMT, CBC10%P, CBCMP$1000, CBD$250P, CBD$500NP, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2
**Community Blue Plan 7**: COMMUNITY BLUE GROUP BENEFITS CERTIFICATE, ASFP, BMT, CBC10%P, CBCMP$1000, CBD$500P, CBD$1000NP, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, ICMP, PTFS, PTS, RAPS, SOTPE, SUBRO2

**Blue Choice Plan 1**: POS, BMT, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2
**Blue Choice Plan 4**: POS, POS-CR 80/20/1000, BMT, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2
**Blue Choice Plan 5**: POS, IN-CR 90/10/500, BMT, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2
**Blue Choice Plan 6**: POS, POS-DR 500/1000, BMT, CNM, CNP, ECIP, ESRD, FC, GCO, GLE1, HMN, RAPS, SUBRO2

## Group Size Requirements:

| Managed Traditional First Dollar | Group Type | Plan First Dollar | Certificate/Rider Options AP2 | ML | MMC1 | MMC5 | MMCPC | XVA |
|---|---|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 2 | 51 | 2 | 2 | 51 | 2 | 2 |

| Managed Traditional Comprehensive Major Medical | Group Type | Plans 1 | 2 | 3 | 4 | 5 | Rider Options - CMM: AP2 | CR30 | CR50 | ECS | LCP | OPS* | SAB | XVA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 2 | 2 | 2 | 2 | 2 | 51 | 2 | 2 | 51 | 51 | 2 | 2 | 2 |

*Available to CMM Plans 1,2,3, & 4

| Blue Med Save | Group Type | CMM 1500 BMSDCR | Rider Options - CMM AP2 | SAB | XVA |
|---|---|---|---|---|---|
| | Sponsored | 2-50 | 2-50 | 2-50 | 2-50 |
| | Area/Industry | N/A | N/A | N/A | N/A |

| Community Blue - PPO | Group Type | Plans 1 | 2 | 3 | 4 | 5 | 6 | 7 | Rider Options CBOV15 | CBMH20% | CBPCM | XVA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 2 | 2 | 2 | 2 | 51 | 51 | 51 | 51 | 2 | 51 | 2 |

| Blue Choice-Point of Service | Group Type | Plans 1 | 4 | 5 | 6 | Rider Options XVA |
|---|---|---|---|---|---|---|
| | Sponsored | 2 | 2 | 2 | 2 | 2 |
| | Area/Industry | 51 | 51 | 2 | 2 | 2 |

| Additional Programs | Group Type | Prescription Drugs | Vision | Dental Plan 1 | Dental Plan 2 | Dental Plan 3 |
|---|---|---|---|---|---|---|
| | Sponsored | 2 | 5 | 2 | 5 | 5 |
| | Area/Industry | [illegible] | 10 | 10 | 10 | 10 |

RECEIVED
MAR 31 1998
GWC

1/98COV

**BLUE CROSS AND BLUE SHIELD OF MICHIGAN**
**ADDENDUM TO**
**GROUP ENROLLMENT & COVERAGE AGREEMENT**
**RETIREE AGREEMENT**

This document will supplement the Group Enrollment & Coverage Agreement between Blue Cross and Blue Shield of Michigan and Menasha

Blue Cross and Blue Shield of Michigan acknowledges and agrees to the Group's request to include as eligible for enrollment through this Group retirees qualifying under the terms of the Group's Retirement Program and subject to the following conditions:

1. The effective date of this provision is 4-1-98

2. Acceptance and continuance of this provision by Blue Cross and Blue Shield of Michigan requires the active employee Group maintain the minimum requirements described in the Group Enrollment & Coverage Agreement, Basic Eligibility Requirements for Group Coverage, Part A Terms & Conditions.

3. Subscriber contracts enrolled under this provision are limited to qualified retirees and survivors eligible under the Group's Retirement Program. Surviving members, upon the demise of the retiree subscribers, who are not eligible to continue under the Group's Retirement Program, must be removed from this Group. (Blue Cross and Blue Shield of Michigan will allow such survivors to continue as Group Conversion Subscribers under the Terms and Conditions described in the Certificates.)

4. This addendum may be cancelled or amended by Blue Cross and Blue Shield of Michigan following thirty (30) days written notice to the Group or cancelled following thirty (30) days written notice to Blue Cross and Blue Shield of Michigan.

FOR:
BLUE CROSS AND BLUE SHIELD OF MICHIGAN

Carlene Heimrich
(Enrollment Representative)

DATE: 3/27/98

Q. Warren
(Underwriter)

DATE: 4·9·98

FOR:
Menasha

BY: Rodney D. Heim

TITLE: General Manager

DATE: March 26, 1998

GROUP NUMBER: 17600/902

ORIGINAL

CF 0835 Jan. 93

MAR 31 1998
GWC

## REQUEST FOR RETIREE SEGMENT

NAME OF ACTIVE GROUP: **Menasha** Corporation

ACTIVE GROUP NUMBER: **17600/000/901**

ADDRESS: **333 West Center Street, PO Box 490**
**Coloma, MI 49038**

NAME OF RETIREMENT PLAN ADMINISTRATOR REPORTED TO DEPARTMENT OF LABOR AND/OR INTERNAL REVENUE SERVICE. Barb Rehme

NUMBER OF PERSONS CURRENTLY ELIGIBLE FOR RETIREMENT BENEFITS. **1**

IS SURVIVING SPOUSE OPTION AVAILABLE? ☒ YES ☐ NO

WHO WILL PAY COST OF BLUE CROSS AND BLUE SHIELD OF MICHIGAN COVERAGE? (RETIREE AND/OR SURVIVING SPOUSE) Retiree pays 20% of the premium until age 65 at which time Menasha Corporation pays 100% of the premium cost. Prior to age 65 Menasha Corporation pays 80% of the premium cost.

- ATTACH LETTER GUARANTEEING PAYMENT FROM THE GROUP

- ATTACH COPY OF RETIREMENT PLAN (BOOKLET OR LEGAL DOCUMENT)

REMARKS:

PREPARED FOR BLUE CROSS BLUE SHIELD OF MICHIGAN

SIGNATURE OF COMPANY OFFICIAL [signature]

REPRESENTATIVE: Carlene Heimrich

NAME

DISTRICT OFFICE B230 DATE 3/27/98 TITLE

UNDERWRITER D. Warren DATE

DATE 4·9·98

NOTE: PREPARE IN QUADRUPLICATE

ORIGINAL

RECEIVED
MAR 31 1998
GWC



An Independent Licensee of the Blue Cross Blue Shield Association

# Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| **Menasha Corporation** | **25B677** | **17600** | **002** |

## PART C - COVERAGE SELECTION

LIST ALL BLUE CROSS AND BLUE SHIELD OF MICHIGAN CERTIFICATES/RIDERS AND FORM NUMBERS:

**Community Blue Group Benefits Certificate (Plan 6)**

CBC10%P CBCMP$1000 CBD$250P CBD$500NP CB-MHP
CB-OV$15

ASFP BCP-PPO BMT CB-PCB CNM
CNP CRNA ECIP ESRD FC
GCO GLE1 HMN ICMP MLOS
RAPS SOCT SOTPE SUBRO2

**Prescription Drug Preferred Rx Plan**

PD-CR$15 PD-BC2X PCD PD-CM RX-DAA
MOPD

HEALTH SECURITY PROGRAM
[ ] HSP1 [ ] HSP2 [ ] ADD [ ] CHANGE OPTION [ ] MAINTAIN [ ] CANCEL-ATTACH GROUP LETTER

Coordination of Benefits: COB 1 100+: [ ] Other, Coordination of Benefits Form must be attached

| | | Identify Segment | Carrier Name | | |
|---|---|---|---|---|---|
| Total Employees: | | | | Currently Enrolled: | |
| Total Ineligible: | | | | Other Blue: | |
| Total Eligible: | | | | New Hires: | |
| HMO Enrolled: | | | | Total Enrolled: | 2 |

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [ ] New Business [x] Group Wide Change [ ] Transfer [ ] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 10/1/00 | Sales Office Code: | 230 | Cluster Code: | 0000 |
| Billing Cycle Date: | FIRST | Mail Code: | B230 | SIC Code: | 2653 |
| Rate Renewal Date: | 9/1/00 | Territory Code: | HJ | County Code: | 011 |
| Inventory Date: | 1/1/00 | Control Code: | HJ | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

Signature of Group Executive [signature] Date: 8/29/2000

Signature of BCBSM Rep [signature] UNDERWRITING APPROVED Date: 9/1/00

Signature of Agent Date:

Signature of Underwriter/Group Administration: OCT 17 2000 Date:

7-98cgen Distribution: Underwriting Sales 1 Sales 2 M&B

KALAMAZOO - B230
NOV-2 00



# GROUP ENROLLMENT & COVERAGE AGREEMENT
## PART A - TERMS & CONDITIONS

BCBSM will provide health care coverage to eligible persons enrolled through the Group subject to the terms of applicable certificates and riders, BCBSM's administrative and underwriting requirements, the Group Administrative Guide ("the Guide"), and the following conditions:

1. **Effective Date.** This Agreement will become effective only when BCBSM returns a signed copy to the Group and applicable premiums are paid. This Agreement is effective on the date established by BCBSM and will continue unless terminated as provided in Section 16.

2. **Group as Agent.** For all purposes of this Agreement, including the payment of premiums, the Group is agent for all eligible individuals and their enrolled dependents ("Members"). Notice by or to the Group will satisfy any notice requirements of this Agreement and applicable certificates.

3. **Premiums.** The Group must prepay all premiums for at least a one-month period. The Group must pay all premiums related to any retroactive adjustments expressly permitted by underwriting rules. Refunds or retroactive credits of premium payments or retroactive additions or deletions of employees or members of the Group are not otherwise permitted under this Agreement. Except for any government-mandated surcharges or subsidies, all premium rates are guaranteed for the applicable benefit period then in effect. For account with less than 100 enrolled contracts, if incorrect rates are identified, BCBSM will notify the account in writing that the rates will be corrected on the next available bill, 90 days following receipt of the notice of incorrect rates.

   At its discretion, BCBSM may terminate this Agreement if premiums are more than thirty (30) days past due, with termination of coverage retroactive to the date through which premiums were paid in full.

4. **Eligibility.** Individuals eligible for enrollment as subscribers are proprietors, partners, and shareholders actively managing the enterprise; full time active employees working at least thirty (30) hours per week; and dues paying members of duly constituted chamber/association groups who reside in Michigan. Members must meet the eligibility requirements set by the Group, the requirements of BCBSM's underwriting rules, certificates, riders, and Part B of this Agreement.

   The Group warrants that all Members meet the above requirements, and that it will not enroll any ineligible individual. If the Group, or its representative, knowingly enrolls an ineligible individual, it agrees to indemnify and hold BCBSM harmless against all benefit payments made on behalf of any improperly enrolled person, as well as any judgment, settlement, costs, expenses and reasonable attorney fees.

5. **Enrollment Requirements.** The Group will offer the coverage described in Part C to all eligible individuals as described in Section 4. To continue Group coverage, the number of eligible individuals enrolled in a Blue Family Benefit Program (Traditional, PPO, Blue Care Network, or any other program that BCBSM may establish) must at all times equal or exceed BCBSM enrollment and underwriting requirements. Group agrees to provide BCBSM or its designee with all information required to conduct an annual underwriting review and a payroll audit.

   Under no circumstances will Group coverage be available if fewer than two eligible individuals are enrolled. A husband and wife may be enrolled as a group only if a valid employee/employer relationship exists and can be documented by FICA and employee income tax withholding payroll records; otherwise, they must be enrolled as a single contract (two person or family).

6. **Eligibility Information.** Group agrees to provide timely and accurate eligibility information, including Medicare status, and identify all persons subject to the Medicare Secondary Payer statutes and regulations. Group acknowledges that BCBSM will rely upon the accuracy of all eligibility information the Group provides, and agrees to indemnify and hold BCBSM harmless against any loss, claim or action, including costs, penalties and reasonable attorney fees, arising from the provision of inaccurate eligibility information.

7. **Enrollment Applications.** BCBSM will not accept Member applications for coverage not submitted according to procedures contained in the Guide. Rehires and persons renewing terminated memberships will be enrolled as new employees/members. All applicable premiums, including those for any retroactive periods, must be paid before any employee/member is eligible for coverage.

8. **PA 350 Claims Dispute Procedures.** A Member who disagrees how a claim was processed normally first completes the BCBSM routine inquiry procedures. A Member who is still dissatisfied must exhaust all BCBSM-administered steps of the applicable grievance procedure provided in Part 4 of 1980 PA 350 (MCL 550.1401 et. seq.) before seeking any other remedies. All BCBSM-administered steps of the grievance procedure will be in accord with the time limits provided in Part 4 of PA 350. Any Member dissatisfied with the results of the BCBSM-administered steps of the grievance procedure may be entitled to the additional steps of the grievance procedure provided in Part 4 of PA 350, or may file suit in a competent court of jurisdiction as set forth in Section 15.

**Continued on reverse Side.**

The Group agrees with all terms as stipulated in this group enrollment and coverage agreement (Parts A, front & back, B, and C), and to the specified Blue Cross and Blue Shield of Michigan Health Care Certificates(s) and rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

| Group Name: | Customer ID Number | Group Number: | Group Suffix |
|---|---|---|---|
| Menasha Corporation | 25B677 | 17600 | 001/002 |

Signature of Group Executive: [signature] UNDERWRITING: ☑ APPROVED Date: 8/29/2000

Signature of BCBSM Rep: [signature] Mail Code: B230 Date: 9/1/00

Signature of Agent:: OCT 17 2000 Date:

Signature of Underwriter/Group Administration: Date: 10.25.00

9. **ERISA Fiduciaries.** If the Group's health care Plan is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the Group, or its designee (other than BCBSM), shall be the Plan Administrator of the Group's health care plan under ERISA and shall have all of the responsibilities and authority of that position including advising all eligible individuals of: (i) available benefits and any changes in benefits; (ii) termination of coverage for any reason, including the failure to make any payments when due; and (iii) their COBRA rights, if any.

Except for its status as the named claims administrator for purposes of Section 503 of ERISA, BCBSM is not a named fiduciary for any purpose under ERISA and its responsibilities are limited to the processing and payment of claims. As the named claims administrator, BCBSM shall have the power and discretion to construe the terms of, and to determine all questions pertaining to the administration, interpretation, and application of this Agreement, certificates and riders that involve eligibility for the benefits and the payment or denial of claims.

10 **Certification of Creditable Coverage.** Unless the Group otherwise notifies BCBSM in writing, BCBSM will assume all responsibility for issuing automatic certificates of creditable coverage to terminated Members as required by the Health Insurance Portability and Accountability Act of 1996 and regulations, and further agrees to respond to any requests for such certificates and related inquiries. The Group will be responsible for notifying BCBSM of all terminations of coverage as set forth in Section 6. Also, if applicable, the Group will retain responsibility for issuing certificates of coverage to persons entitled to elect COBRA no later than when the Group provides the COBRA notice.

11 **Rate Stabilization Reserves (RSRs).** If the Group is experience rated, neither refunds of any positive nor charges of negative RSR balances will be made to, or charged to the Group at termination. These RSR provisions are part of the experience rating procedures filed with and approved by the State Insurance Commissioner. Also, RSR refunds or charges will not be made if the Group converts to an area rated or industry rated group, but will be added to, or charged against the pools used to compute area rated and industry rated premiums.

12 **Blue Med Save.** Groups may purchase this medical savings account (MSA) option only in conjunction with CMM1500/BMSDCR. Group will permit BCBSM to share eligibility information with the administrator of the MSA program and the bank or other financial institution custodian of MSA funds, subject to appropriate confidentiality safeguards. Group will prepay monthly MSA administration fees and MSA account contributions on behalf of enrolled employees at the time and in the manner required by BCBSM or the custodian. Group acknowledges that medical savings accounts are subject to federal participation limits and other tax code restrictions, and it agrees to comply with federal law governing its participation in this program.

13 **Licensee Status of BCBSM.** This Agreement is between the Group and BCBSM, an independent corporation licensed by the Blue Cross and Blue Shield Association (BCBSA) to use the Blue Cross and Blue Shield names and service marks in Michigan. However, BCBSM is not an agent of BCBSA and, by entering into this Agreement, the Group agrees that it made this Agreement based solely on its relationship with BCBSM or its agents. Group further agrees that BCBSA is not a party to, nor has any obligations under this Agreement, and that no obligations are created or implied by this language.

14 **Copayments - BlueCard Program.** If applicable, Member copayment liability for services received while traveling away from home under the BlueCard Program will, in most cases, be calculated on the lower of the provider's billed charges or the negotiated rate BCBSM pays the other Blue Cross and/or Blue Shield Plan (the "Host Plan"). This negotiated rate may represent either: (i) the actual price paid on the claim, (ii) an estimated price which reflects adjusted aggregate payments expected to result from settlements or other non-claims transactions between the Host Plan and all or a specified group of its health care providers, or (iii) a discount from billed charges representing the Host Plan's expected average savings for all or a specified group of its health care providers. Host Plan using the last two methods may prospectively adjust such prices to correct for over-or underestimation of past prices.

A small number of states, by statute, require Host Plans to use a basis to calculate Member copayments which does not reflect the entire savings to be realized or expected on a particular claim. If Members receive services in one of these states, their copayment liability will be calculated using these statutory methods. In all cases, Members will be advised of the amount of their copayment liability in the Explanation of Benefits Form for the claim.

15 **Litigation.** Any suit arising out of this Agreement or any certificate must be filed within 2 years after the cause of action arose and, unless pre-empted by ERISA, shall be brought in a Michigan Court of competent jurisdiction. Under no circumstances may the Group or a Member file suit before exhausting the internal BCBSM-administered steps of the applicable grievance procedure set forth in Part 4 of 1980 PA 350 referenced in Section 8. However, exercising any rights under PA 350, as also described in Section 8, shall not extend the 2 year period in which any suit may be filed.

16 **Termination.** Upon thirty (30) days written notice, either party may terminate this Agreement for any reason.

17 **Waiver.** The waiver by a party of any breach of this Agreement by the other party shall not constitute a waiver of any subsequent breach of this Agreement.

18 **Exclusions.** Notwithstanding anything contained in this Agreement, BCBSM will have no obligation to the Group for any coverage not specified in the applicable Certificate and Riders, nor for any coverage which the Group, in whole or in part, contracts with other carriers to provide on behalf of the Group. The Group agrees to indemnify and hold BCBSM harmless against any loss, claims, actions, and damages, including costs and reasonable attorneys' fees, which may arise from any coverage not so provided by BCBSM.

19 **Entire Agreement.** This Agreement (including Parts B and C) together with any attachments is the entire agreement between BCBSM and the Group and supersedes all other agreements, oral or written, between the parties regarding the same subject matter. This Agreement may be amended only by a written document signed by the parties.

20 **Severability.** If any provision of this Agreement is found invalid or unenforceable, the remaining provisions shall remain in full force and effect.

NOV 2 2000

21 **Governing Law.** This Agreement is entered into in Michigan and, except as may be pre-empted by ERISA, shall be construed according to the laws of Michigan.

**Once this entire document has been read, please sign on the reverse side.**




Independent licensees of the Blue Cross and Blue Shield Association

# Group Enrollment & Coverage Agreement

## PART B - GROUP INFORMATION

| Group Size (Check One) | [ ] 2-4 [ ] 5-24 | [ ] 25-49 [ ] 50-99 | [ ] 100-299 [X] 300+ | Group Type (Check One) | [ ] Area [ ] Industry | [ ] Chamber [ ] Association | [ ] BCN [X] ERS | Effective Date: 10/1/00 |
|---|---|---|---|---|---|---|---|---|

| Industry/Sponsoring Organization Name: | Customer ID Number 25B677 | Group Number: 17600 | Suffix Number: 001/002 |
|---|---|---|---|

| Group Name (Full Legal Name) Menasha Corporation | Telephone Number: (616) 468-1222 | Fax Number: (616) 468-5060 |
|---|---|---|

| Address | City | State | Zip Code |
|---|---|---|---|
| Physical Address (Street) 333 W. Center Street | Coloma | MI | 49038 |
| Billing Address (If other than above) P.O. Box 490 | Coloma | MI | 49038 |
| Mailing Address (If other than above) P.O. Box 490 | Coloma | MI | 49038 |

| Federal Employer ID No. 38-1367484 | County Name: Berrien | Type of Business Corrugated Container Manufacturing |
|---|---|---|

| Name of Owner: Rod Heining | Telephone Number: (616) 468-1222 |
|---|---|

| Name of Administrative Contact Person: Michelle Olson | Telephone Number: (616) 468-1222 | Name of Billing Contact Person: Michelle Olson | Telephone Number: (616) 468-1222 |
|---|---|---|---|

| Worker's Compensation Carrier Name | Policy No. | Renewal Date |
|---|---|---|

| Are you currently in bankruptcy? [ ] Yes [x] No | Do you have any leased employees? [ ] Yes [x] No |
|---|---|

Does this group have any subsidiaries, offices or branches located at other physical locations? [ ] Yes [x] No
If yes, submit multiple location report.

| Is work force unionized? [ ] Yes [x] No | Number of Employees Represented | National/International Name |
|---|---|---|

| Local Number | Contract Expiration Date | Local Representative Name |
|---|---|---|

| Previous BCBSM/BCN Coverage? [ ] Yes [ ] No | If yes, Former Group Number | BCBSM/BCN Cancellation Date |
|---|---|---|

| Name of Current Carrier/Group Number: | Employer Contribution $/%: 100% |
|---|---|

### Addition of Eligible Employees:

A. To be eligible for coverage an employee must work a minimum of 30 hours per week.

B. Eligible **Dependent** coverage will be effective on date of event, e.g., spouse, newborn, if written notification is received within 30 days thereof with billing prorated. If after 30 days; will be effective at group's next annual reopening date.

C. **Newly hired full-time, or part-time employees who become full-time** are to be effective 1st billing following
[ ] 30 [ ] 60 [ ] 90 calendar days of employment. (check one)
[X] Other, enter appropriate BCBSM/BCN code selected from the back of this agreement: [x] BCBSM Code 53-30 [X] BCN Code 02

D. Employees hired with an active BCBSM/BCN contract may transfer to this group without regard to above schedule (Item B, above).

E. **Exceptions**:

Only BCBSM Individuals covered under your group who are either temporarily inactive, or leaving the group for reasons like family leave, layoff, sick leave, leave of absence, or other situations, may continue as subscribers to this group program on a cash payment agreement for a period not to exceed 6 months – or – BCBSM/BCN members may be eligible for Group Conversion or Cobra.

**Retiree Group: Is there a surviving spouse option?** [ ] Yes [ ] No If yes, must be supported by a formal retirement program.

| Managing Agent Name | M.A.Number | BCBSM Mail Code B230 |
|---|---|---|

| Agent Name | Agent Telephone No. | Agency No. | BCBSM Agent ID No. |
|---|---|---|---|

| Agent Mail Address (Street - P.O. Box) | City | State | Zip Code |
|---|---|---|---|

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the BCBSM Group Subscriber Application or the BCN Enrollment Change of Status Form, and in the specified Blue Cross Blue Shield of Michigan Health Care & Blue Care Network Certificate(s) and Rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

Signature of Group Executive: Rod Hei[signature] Date: 8/26/2000

Signature of BCBSM Representative: Joan [signature] UNDERWRITING APPROVED Date: 9/1/00

Signature of Agent: OCT 17 2000 Date:

Signature of Underwriter/Group Administration: Date: 10-25-00

4-00B Distribution: Underwriting Sales 1 Sales 2 M & B

# BCBSM/BCN
## New Hire/Rehire Options

| New Hire/Rehire Option | BCBSM Code* | BCN Code* |
|---|---|---|
| The employee coverage will be effective the date of hire/rehire. | S2 | 01 |
| The employee coverage will be effective the first billing date following the date of hire/rehire. | S4 | 16 |
| The employee coverage will be effective the first billing date following thirty (30) days from the date of hire/rehire. | S30 | 17 |
| The employee coverage will be effective following thirty (30) days from the date of hire/rehire. | S3-30 | 02 |
| The employee coverage will be effective the first billing date following sixty (60) days from the date of hire/rehire. | S60 | 18 |
| The employee coverage will be effective following sixty (60) days from the date of hire/rehire. | S3-60 | 08 |
| The employee coverage will be effective the first billing date following ninety (90) days from the date of hire/rehire. | S90 | 19 |
| The employee coverage will be effective following ninety (90) days from the date of hire/rehire. | S3-90 | 10 |
| The employee coverage will be effective following 180 (6 months) days from the date of hire/rehire. | S3-180 | 12 |
| The employee coverage will be effective the first billing date following 180 days (6 months) from the date of hire/rehire. | S1-180 | 13 |
| The employee coverage will be effective the first billing date following 365 (1 year) days from the date of hire/rehire. | S1-365 | 04 |
| The employee coverage will be effective following 365 (1 year) days from the date of hire/rehire. | S3-365 | 05 |

*Enter appropriate code on the front.

NOV -2 00
KALAMAZOO = B230




An Independent Licensee of the Blue Cross Blue Shield Association

## Group Enrollment & Coverage Agreement

| Group Name (Full Legal Name) | Customer ID Number | Group Number | Suffix Number |
|---|---|---|---|
| Menasha Corporation | 25B677 | 17600 | 001 |

### PART C - COVERAGE SELECTION

LIST ALL BLUE CROSS AND BLUE SHIELD OF MICHIGAN CERTIFICATES/RIDERS AND FORM NUMBERS:

**Community Blue Group Benefits Certificate (Plan 2)**

| | | | | |
|---|---|---|---|---|
| CBC10%P ✓ | CBC30%NP ✓ | CBCMNP$1500 ✓ | CBD$100P ✓ | CB-MHP |
| CB-OV$15 | CBMP500 [initials] 11-26-00 | | | |
| ASFP | BCP-PPO | BMT | CB-PCB | CNM |
| CNP | CRNA | ECIP | ESRD | FC |
| GCO | GLE1 | HMN | ICMP | MLOS |
| RAPS | SOCT | SOTPE | SUBRO2 | |

**Prescription Drug Preferred Rx Plan**

| | | | | |
|---|---|---|---|---|
| PD-CR$15 | PD-BC2X | PCD | PD-CM | RX-DAA |
| MOPD | | | | |

HEALTH SECURITY PROGRAM

[ ] HSP1 [ ] HSP2 [ ] ADD [ ] CHANGE OPTION [ ] MAINTAIN [ ] CANCEL-ATTACH GROUP LETTER

Coordination of Benefits: COB 1 100+: [ ] Other, Coordination of Benefits Form must be attached

| | | Identify Segment | Carrier Name | | |
|---|---|---|---|---|---|
| Total Employees: | | | | Currently Enrolled: | |
| Total Ineligible: | | | | Other Blue: | |
| Total Eligible: | | | | New Hires: | |
| HMO Enrolled: | | | | Total Enrolled: | 10 |

**Blue Cross Blue Shield of Michigan Use Only**

CHECK ONE: [ ] New Business [x] Group Wide Change [ ] Transfer [ ] Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Effective Date: | 10/1/00 | Sales Office Code: | 230 | Cluster Code: | 0000 |
| Billing Cycle Date: | FIRST | Mail Code: | B230 | SIC Code: | 2653 |
| Rate Renewal Date: | 9/1/00 | Territory Code: | HJ | County Code: | 011 |
| Inventory Date: | 1/1/00 | Control Code: | HJ | | |

The Group agrees with all terms as stipulated in this Group Enrollment and Coverage Agreement (Parts A, B & C), on the Group Subscriber Application, and in the specified Blue Cross Blue Shield of Michigan Health Care Certificate(s) and Rider(s). **Do not sign this agreement unless a benefit description is enclosed.**

| | | |
|---|---|---|
| Signature of Group Executive | [signature] | Date: 8/25/2000 |
| Signature of BCBSM Rep | [signature] UNDERWRITING APPROVED | Date: 9/1/00 |
| Signature of Agent | | Date: |
| Signature of Underwriter/Group Administration: | OCT 17 2000 | Date: 10-25-00 |

7-98cgen Distribution: Underwriting Sales 1 Sales 2 M&B

KALAMAZOO B230
NOV-2 00

MENASHA-000151